**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| MUMA SERVICES, INC. | ) |
| (f/k/a Murphy Marine | ) Case No. 01-926 (MFW) Through |
| Services, Inc.), et al., | ) |
| | ) Case No. 01-932 (MFW) And |
| Debtors. | ) |
| | ) Case No. 01-935 (MFW) Through |
| | ) |
| | ) Case No. 01-950 (MFW) |

**ORDER**

**AND NOW**, this **30th** day of **MARCH, 2005**, upon consideration of the claims and liens asserted against the proceeds of the sale of the NPR assets, and for the reasons set forth in the attached Opinion, it is hereby

**ORDERED** that the proceeds of the NPR vessels shall be disbursed as follows:

First, to any allowed personal injury claims of Sarvello, Coney, Birch, Casper arising from the negligence of the NPR vessels and to any allowed personal injury claims Keenan, Haber and Dixon arising from their service as seamen on the NPR vessels to the extent not otherwise covered by insurance; and

Second, to the Bank Group on account of its preferred ship mortgages; and it is further

**ORDERED** that the proceeds of the non-maritime assets of NPR shall be disbursed to the Bank Group on account of its security interest therein; and it is further

**ORDERED** that all other claims to the proceeds are hereby

**DISALLOWED.**


BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge


cc: Daniel K. Astin, Esquire[1]

---

[1]  Counsel shall serve a copy of this Opinion and Order on
all interested parties, including the parties listed on the
attached Service List, and file a Certificate of Service to that
effect.

SERVICE LIST

Daniel K. Astin, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Counsel for the Trustee

Alfred E. Yudes, Jr., Esquire
Watson, Farley & Williams
380 Madison Avenue
New York, NY 10017
Counsel for the Trustee

Richard Riley, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19899
Counsel for the Bank Group

Michael Kaminski, Esquire
DKW Law Group, PC
58th Floor, US Steel Tower
600 Grant Street
Pittsburgh, PA 15219
Counsel for CSX Intermodal, Inc.

Jami B. Nimeroff, Esquire
Buchanan, Ingersoll
1201 North Market Street, Suite 1501
Wilmington, DE 19801
Counsel for S.C. Engineering Co., Inc.

Susan E. Kaufman, Esquire
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19801
Counsel for the Unions

John J. Hession, Esquire
Dogherty, Ryan, Giuggra, Zambito & Hession
131 East 38th Street
New York, NY 10016
Counsel for Stewart Dixon

Paul Matthews, Esquire
54 Stone Street
New York, NY 10004
Counsel for Keenan & Haber

Charles J. Brown, Esquire
Elzufon, Austin, Reardon, Tarlov & Mondell, PA
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Counsel for Saravello, Birch, Coney, Casper & Bilbow