TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

**Related Bankruptcy Case #:** 01-926

**Deputy Clerk Transferring Case:** Anissa L. Cothran

**Case Type:** Main Bankruptcy Case

**Cause of Appeal:** Opinion and Order Dated March 30, 2004, concluding that Appellants's Claim for Personal Injuries are not entitled to priority as a maritime tort claim or to a lien against the proceeds of the sale of the vessel.

**Parties:**   Matthew Bilbow v. Muma Services, Inc., et al.,(f/k/a Murphy Marine Service, Inc.)

**Appellant Counsel:**

Charles J. Brown, III
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P. O. Box 1630
Wilmington, DE 19899
(302) 428-3181

**Appellee Counsel:**

Christopher James Lhulier
Pachulski Stang Ziehl Young & Jones PC
919 N. Market Street
16th Floor
Wilmington, DE 19899
302-778-6405

-And-

Jeffrey S. Welch
Welch & Associates
824 Market Street
Suite 805
Wilmington, DE 19801
302 622-8900