FILED 2005 APR 18 PM 3:03
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MUMA SERVICES INC., et al., (f/k/a Murphy Marine Services, Inc.), | ) ) ) | Case Nos. 01-926 (MFW) through 01-932 (MFW) and 01-935 (MFW) through 01-950 (MFW) |
| | ) ) | Jointly Administered |
| | ) | |

### APPELLANT'S (I) STATEMENT OF ISSUE TO BE PRESENTED AND (II) DESIGNATION OF THE ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

PLEASE TAKE NOTICE that Matthew Bilbow ("Bilbow") pursuant to Federal Rule of Bankruptcy Procedure 8006, files its (I) Statement of Issue to be Presented and (II) Designation of the Items to be Included in the Record on Appeal to the United States District Court for the District of Delaware.

### (I)     STATEMENT OF ISSUE TO BE PRESENTED

1. Is a personal injury maritime lien against a vessel created in favor of a longshoreman injured on a pier due to the negligence of said vessel's crew member while operating a motor vehicle on the pier within the scope of his employment?

### (II)    DESIGNATION OF THE ITEMS TO BE INCLUDED IN THE RECORD

| TAB NO. | NAME OF DOCUMENT | DATE FILED | DOCKET ITEM NO |
|---|---|---|---|
| A | Pretrial Memorandum In Support Of The Asserted Maritime Lien Of Matthew Bilbow Against The Proceeds Of The Sale Of The M/V Humacao Amending The Pretrial Memorandum In Support To The Asserted Maritime Liens Of Robert L. Sawavello, John Birch, Michael Coney, And Francis Casper With Respect To Proceeds Of The Sale Of NPR Assets | 4/22/2003 | D.I. 3448 |
| B | Amended Pretrial Memorandum In Support Of The Asserted Maritime Lien Of | 4/25/2003 | D.I. 3452 |

| | | | |
|---|---|---|---|
| | Matthew Bilbow Against The Proceeds Of The Sale Of The M/V Humacao Amending The Pretrial Memorandum In Support To The Asserted Maritime Liens Of Robert L. Sawavello, John Birch, Michael Coney, And Francis Casper With Respect To Proceeds Of The Sale Of NPR Assets | | |
| C | Exhibit A [to Document 3452] | 4/25/2003 | D.I. 3453 |
| D | Objection Of The Chapter 7 Trustee To Amended Pretrial Memorandum In Support Of The Asserted Maritime Lien Of Matthew Bilbow Against The Proceeds Of The Sale Of The M/V Humacao Amending The Pretrial Memorandum In Support Of The Asserted Maritime Liens Of Robert L. Sawavello, John Birch, Michael Coney, And Francis Casper With Respect To Proceeds Of The Sale Of NPR Assets | 5/6/2003 | D.I. 3475 |
| E | Transcript Of Motion Hearing On May 13, 2003, Before Honorable Mary F. Walrath, United States Bankruptcy Judge | 7/1/2003 | D.I. 3791 |
| F | Trustee's Post-Hearing Memorandum In Opposition To Notices Of Certain Maritime Lien And Other Claims On The Proceeds Of Sale Of NPR Assets | 8/18/2003 | D.I. 3872 |
| G | Opinion | 3/30/2005 | D.I. 4279 |
| H | Order | 3/30/2005 | D.I. 4280 |
| I | Notice Of Appeal | 4/8/2005 | D.I. 4285 |

Date: April 18, 2005
Wilmington, Delaware

ELZUFON, AUSTIN, REARDON,
TARVLOV & MODELL, P.A.

*/s/ Charles J. Brown, III*
Charles J. Brown, III (No. 3368)
300 Delaware Ave., Suite 1700
P.O. Box 1630
Wilmington, Delaware 19899-1630

Counsel to Matthew Bilbow