# ***SCHEDULE A***

## SCHEDULE A - MARITIME LIEN CLAIMS

(i)     SEAMEN'S WAGE CLAIMS                                   STATUS

(1.)    Masters, Mates and Pilots Plans     Seamen's Wages and Necessaries    $219,658.81     *Settled Wage Claim of $113,216.09, for $95,600 remainder is unsecured*
(MM&P Plans)

(2.)    Marine Engineers Beneficial Association (MEBA) & American Radio Associates (ARA) alleges seamen's wages and/or necessaries.

| | | | | |
|---|---|---|---|---|
| MEBA | (i) Seamen's Wages | $11,584,184.10 | | *Contested* |
| ABA | (ii) Seamen's Wages | $2,018,889.12 | | *Contested* |
| MEBA | (iii) Port Engineers (shoreside) | $390,843.89 | | *Conceded by Unions* |
| | (iv) Payments to MEBA | $463,547.71 | | *Conceded by Unions* |
| | (v) Payments to ABA | $26,946.84 | | *Conceded by Unions* |

(ii)     TORT-PERSONAL INJURY CLAIMS

       (1)     Seamen;

| | | | |
|---|---|---|---|
| Keenan (11-10-99) | MAYAGUEZ | ? | *Awaiting signed Stipulation Lifting Stay* |
| Huber (1-28-01) | GUAYAMA | ? | |

       (2)     Longshoremen (date of injury);

| | | | |
|---|---|---|---|
| Saravello (5/14/99) | GUAYAMA | $50,000.00* | *Stipulation signed* |
| Birch 8/3/01 | MAYAGUEZ | $50,000.00* | " |
| Coney 6/15/01 | HUMACAO | $50,000.00* | *Stipulation signed* |
| Casper 4/13/02 | MAYAGUEZ | $50,000.00* | " |
| Bilbow 2/25/00 | HUMACAO | $50,000.00* | *opposed by Trustee* |

(iii)    First Preferred Ship Mortgage     Date                 Date

                                                            Nov. 17, 1998       Nov. 21, 2000

| | | | |
|---|---|---|---|
| MAYAGUEZ | $50,000,000 | $27,350,000 | *Admitted* |
| HUMACAO | $50,000,000 | $27,350,000 | *Admitted* |
| GUAYAMA | $50,000,000 | $27,350,000 | *Admitted* |
| CAROLINA | $50,000,000 | $27,350,000 | *Admitted* |

---

\* Alleged deductible.

19058164 v4

(iv) Maritime liens for necessaries provided to a vessel.

    (1) WALASHEK Industrial and Marine 5/03/02 for boiler repairs    *No proceeds*

        CAROLINA    $10,000.00    *No proceeds*

    (2) Moran Towing Corp. 3/23/02 to 4/30/02 Contract Towage

| | | |
|---|---:|---|
| GUAYAMA | $32,063.00 | *No proceeds* |
| HUMACAO | $29,215.99 | *No proceeds* |
| MAYAGUEZ | $32,236.52 | *No proceeds* |

    (3) Marine Design and Operations, Inc. 1/21/02 to 3/21/02 (Engineering Services)

| | | | |
|---|---|---:|---|
| Drydock | GUAYAMA | $3,000.00 | *No proceeds* |
| Drydock | GUAYAMA | $10,471.09 | *No proceeds* |
| Rudder | MAYAGUEZ | $4,740.99 | *No proceeds* |
| Rudder Repair | MAYAGUEZ | $5,970.56 | *No proceeds* |

    (4) PSA Industrial 1/27/02 to 2/2/02

        Parts /Accessories    $27,627.00    *No proceeds*

| | | | |
|---|---|---:|---|
| Parts (seals) | GUAYAMA | $5,552.88 | *No proceeds* |
| | MAYAGUEZ | $2,984.10 | *No proceeds* |

    (5) Ocean Services LLC 7/30/01 to 4/10/02

        Parts/Accessories    $27,627.00    *No proceeds*

| | | |
|---|---:|---|
| MAYAGUEZ filters | $1,218.00 | *No proceeds* |
| HUMACAO filters | 618.00 | *No proceeds* |
| CAROLINA ABS survey | 24,344.00 | *No proceeds* |
| HUMACAO filters | 373.00 | *No proceeds* |
| GUAYAMA filters | 680.00 | *No proceeds* |
| GUAYAMA filters | 394.00 | *No proceeds* |

    (6) Atlantic Steamers 6/22/00 to 4/15/02

        Food Stuffs

| | | | |
|---|---|---:|---|
| a) Pre-petition | CAROLINA | $24,797.47 | *No proceeds* |
| | GUAYAMA | $52,489.62 | *No proceeds* |
| | HUMACAO | $50,909.76 | *No proceeds* |
| | MAYAGUEZ | <u>$84,109.76</u> | *No proceeds* |

|  |  |  | $212,306.61 |  |
|---|---|---|---|---|
| b) Post petition | HUMACAO |  | $8,948.06 | *No proceeds* |
|  | MAYAGUEZ |  | $16,755.36 | *No proceeds* |

    a + b - maritime liens claims
      b - administrative expense claimed.

(7) S.C. Engineering, inc. circulating pump repairs *

    Maritime Lien and Possessory Lien      *Claims*
                                                                 *Possessory Lien*

    MAYAGUEZ      $37,002.00      *(opposed by*
    NUEVO SAN JUAN      $42,952.00      *Owner Horizon)*

\* claimant has the two circulating pumps and one (1) main circulating pump.

(8) Bender Shipbuilding & Repair Co. 1-5-99

    Repairs

    GUAYAMA      $211,763.18      *No proceeds*

(9)      Holt Cargo    Stevedore/Terminal    $3,810,136.00      *No proceeds*

    No vessels specified.

(v)    CSX - Non-Maritime    $668,766.00 (CSX Exhibit C1-C3)      *Contested*
      "Interline Trust"