# *SCHEDULE B*

3/6/03

## SCHEDULE B:
### Reconciliation of NPR Sale Proceeds[1]

|  |  | Accounts Receivable | Assets and Leasehold |
|---|---|---|---|
| Total NPR Sale Proceeds: $26,450,915.00[2] $ 1,673,540.97[3] | $28,124,455.97 | | |
| CSX Constructive Trust: | (800,000.00)[4] | | |
| APCC: | (48,468.55)[5] | | |
| Net Proceeds: | $27,275,987.42 | $15,125,987.42 | $12,150,000.00 |
| Total Court Ordered Payments: | (2,450,045.94)[6] | (1,358,795.48) | (1,091,250.46) |
| Subtotal: | $24,825,941.48 | $13,767,191.94 | $11,058,749.54 |
| DIP Payments: ($9,472,642.00)[8] ($3,500,000.00)[9] ($ 260,000.00)[10] ($1,000,000.00)[11] ($ 252,653.16)[12] | ($14,485,295.16) | (13,796,191.94)[7] $0 | (689,103.22) $10,369,646.32 |

---

[1] This document has been prepared from the NPR Asset Purchase Agreement, NPR Sale Proceeds Breakdown, information provided by Wells Fargo's counsel and information received from the Trustee's accountant. This reconciliation is not final and is subject to adjustment by settlements, the collection of additional accounts receivable or return of funds held by Wells Fargo.

[2] Total Purchase Price and Post Closing Adjustments.

[3] Additional Accounts Receivable: $1,483,515.00 collected by Sea Star and $190,025.97 collected by Trustee.

[4] CSX claims that these funds were held in trust for it by the Debtors; these funds are held in a segregated account; to the extent that CSX's claim fails as the Trustee argues, this money becomes available to other claimants.

[5] APCC claims that it owns or has a secured interest in a sweeper sold as part of the NPR sale.

[6] $1,900,000 (employee salaries) and $600,000 (bonus retention) less unpaid amounts plus interest of $49,954.06 This amount is being deducted pro rata from accounts receivable and other assets.

[7] The DIP Payments paid to Wells Fargo were deducted first from the accounts receivable.

[8] DIP Loan Payoff and related fees.

[9] Outstanding letter of credit; the letter of credit terminates 4/30/03; if the letter of credit is not called, remaining proceeds may become available to pay claimants. Wells Fargo is also holding a small amount of fees for the letter of credit.

[10] Wells Fargo's legal reserve. If any balance remains after 4/30/03, the remaining proceeds may become available to claimants.

[11] Professional Fee Carve Out from DIP loan: $557,202.75 is being held in segregated account pursuant to subsequent court determination.

[12] Additional Funds Held Back By Wells Fargo Pursuant To DIP: $8,922,435 (opening balance of WFBCI #216 – 3968213) less $8,669,781.84 (transferred to Trustee on December 31, 2002) equals $252,653.16.

# *SCHEDULE C*

SCHEDULE C: MUMA Services, Inc.
Analysis of Distribution of NPR Sale Proceeds
as of March 3, 2003

**NPR Purchase Price Calculation**

| | | |
|---|---:|---:|
| NPR Equipment | $ 12,150,000 | |
| NPR Freight A/R | $ 12,633,724 | |
| NPR Misc. A/R | $ 133,074 | |
| SJIT A/R | $ 1,057,002 | |
| | $ 25,973,800 | |

*Closing Adjustements*

| | | |
|---|---:|---:|
| NPR Freight A/R | $ 399,082 | |
| SJIT A/R | $ 78,033 | |
| | $ 477,115 | |

**Total NPR/SJIT Purchase Price** $ 26,450,915

Wells Fargo DIP Loan Payoff

| | | |
|---|---:|---:|
| Loan Balance (4/30/02) | $ (9,628,811) | |
| Add Receipts on 4/30/02 | $ 252,865 | |
| | $ (9,375,946) | |
| WFBCI Closing Charges | | |
| Letter of Credit Fees | $ (20,481) | |
| Unused Capacity Fee | $ (5,535) | |
| Wire Fees | $ (285) | |
| Interest (April, 2002) | $ (70,395) | |
| | $ (96,696) | |
| Outstanding Letter of Credit | $ (3,500,000) | |

**Total Wells Fargo** $ (12,972,642)

Court-Authorized Payments/Segregation of Funds

| | | | |
|---|---:|---:|---|
| Closing Payroll (to HGI) | $ (1,900,000) | | |
| WFBCI Charge (Legal Fees) | $ (260,000) | | WFBCI #216-3973924 |
| Professional Fee Carve-Out | $ (1,000,000) | | WFBCI #216-3968809 |
| CSX Claims Reserve | $ (800,000) | | WFBCI #216-3960368 |
| Employee Retention Bonuses | $ (600,000) | | |
| | $ (4,560,000) | | |

**TOTAL SEGREGATED FUNDS** $ (4,560,000)

Total Funds Alocable at Time of Sale $ (17,532,642)

| | | |
|---|---:|---|
| Unallocated Proceeds from NPR Sale | $ 8,918,273 | |
| Interest Earned on Escrow *(estimate only)* | $ 4,162 | |
| TOTAL PROCEEDS FROM NPR SALE | $ 8,922,435 | WFBCI #216-3968213 |