IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| MUMA SERVICES INC., et al., (f/k/a | ) Case Nos. 01-926 (MFW) through |
| Murphy Marine Services, Inc.), | ) 01-932 (MFW) and 01-935 (MFW) through |
| | ) 01-950 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |

## NOTICE OF APPEAL

Matthew Bilbow ("Bilbow"), a maritime lien claimant in Muma Services, Inc., et al., (f/k/a Murphy Marine Service, Inc.) (the "Debtors"), appeals under 28 U.S.C. § 158(a)(1) from the Opinion (D.I. 4279) and the Order (D.I. 4280) of the Honorable Mary F. Walrath entered March 30, 2004, that concluded that Bilbow's claim for personal injuries are not entitled to priority as a maritime tort claim or to a lien against the proceeds of the sale of the vessel.

The names of all parties to the decision appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Counsel for the Trustee:

Daniel K. Astin, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware  19899

Alfred E. Yudas, Jr., Esq.
Watson, Farley & Williams
380 Madison Avenue
New York, New York  10017

Counsel for the Bank Group

Richard Riley, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19899

Counsel for CSX Intermodal, Inc.

Michael Kaminski, Esq.
DKW Law Group, PC
58th Floor, US Steel Tower
600 Grant Street
Pittsburgh, Pennsylvania 15219

Counsel for S.C. Engineering Co., Inc.

Jami B. Nimeroff, Esq.
Buchanan Ingersoll
1201 North market Street, Suite 1501
Wilmington, Delaware 19801

Counsel for the Unions

Susan E. Kaufman, Esq.
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, Delaware 19801

Counsel for Steward Dixon

John J. Hession, Esq.
Dogherty, Ryan, Giuggra, Zambito & Hession
131 East 38th Street
New York, New York 10016

<u>Counsel for Keenan & Haber</u>

Paul Matthews, Esq.
54 Stone Street
New York, New York  10004

Dated: April 8, 2005
Wilmington, Delaware

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

<u>*/s/ Charles J. Brown, III*</u>
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, Delaware  19899
(302) 428-3181

Counsel for Matthew Bilbow