IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Matthew Bilbow, | ) |
|       Appellant, | ) ) ) |
| v. | ) ) Case No. 1:05-cv-00328-SLR |
| MUMA Services, Inc., | ) ) |
|       Appellee. | ) ) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear as co-counsel to MUMA Services, Inc., the Appellee in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that the undersigned attorneys request that all notices given or required to be given in the above-captioned case be given to and served upon the following:

357381v1

| | |
|---|---|
| THE BAYARD FIRM<br>Charlene D. Davis<br>Daniel K. Astin<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>(302) 655-5000 telephone<br>(302) 658-6395 facsimile | MCELROY, DEUTSCH, MULVANEY<br>& CARPENTER, LLP<br>Charles A. Stanziale, Jr.<br>Jeffrey T. Testa<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4079<br>(973) 622-7711 telephone<br>(973) 622-5314 facsimile |
| Dated: August 9, 2005<br>Wilmington, Delaware | THE BAYARD FIRM<br><br>*/s/ Charlene D. Davis*<br>Charlene D. Davis (No. 2336)<br>Daniel K. Astin (No. 4068)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000 telephone<br>(302) 658-6395 facsimile<br><br>-and-<br><br>MCELROY, DEUTSCH, MULVANEY &<br>CARPENTER, LLP<br>Charles A. Stanziale, Jr.<br>Jeffrey T. Testa<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4079<br>(973) 622-7711 telephone<br>(973) 622-5314 facsimile<br><br>Co-Counsel for MUMA Services, Inc. |

597298v1