

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

www.cblh.com

**Kevin F. Brady**
TEL      (302) 888-6257
FAX     (302) 255-4257
EMAIL  kbrady@cblh.com
REPLY TO  Wilmington Office

July 21, 2005

**By Hand Delivery**

Monica Mosley
U.S. District Court
844 N. King Street
Wilmington, DE 19801

Re:   Appeal: MUMA SERVICES, INC., et al. – Case # 1:05-cv-00328

Dear Monica:

I have met with counsel for the parties in mediation and was unable to resolve the case. As a result, the mediation is completed and the appeal in this case is ready to proceed.

Yours very truly,

Kevin F. Brady
(Bar No. 2248)

KFB/saj
cc:   Clerk, U.S. District Court
      Charles J. Brown, III, Esquire
      Christopher A. Ward, Esquire
      Daniel Kevin Astin, Esquire
      (407561)