IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Matthew Bilbow, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cv-00328-SLR |
| | ) | |
| MUMA Services, Inc. | ) | |

## CORRECTED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear as co-counsel to Charles A. Stanziale, Jr., Chapter 7 Trustee to the estate of MUMA Services, Inc., the Appellee in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that the undersigned attorneys request that all notices given or required to be given in the above-captioned case be given to and served upon the following:

THE BAYARD FIRM
Charlene D. Davis
Daniel K. Astin
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
(302) 655-5000 telephone
(302) 658-6395 facsimile

MCELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Charles A. Stanziale, Jr.
Jeffrey T. Testa
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079
(973) 622-7711 telephone
(973) 622-5314 facsimile

Dated: August 26, 2005
      Wilmington, Delaware

THE BAYARD FIRM

*/s/ Charlene D. Davis*
Charlene D. Davis (No. 2336)
Daniel K. Astin (No. 4068)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000 telephone
(302) 658-6395 facsimile

-and-

599319v1

MCELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Charles A. Stanziale, Jr.
Jeffrey T. Testa
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079
(973) 622-7711 telephone
(973) 622-5314 facsimile

Co-Counsel for Charles A. Stanziale, Jr. as Chapter 7 Trustee of the estate of MUMA Services, Inc.