<u>**CERTIFICATE OF SERVICE**</u>

I, Charlene D. Davis, do hereby certify that on this 26th day of August, 2005, I caused a copy of the attached **Corrected Notice of Appearance and Request for Service of Papers** to be served on counsel listed below in the manner indicated:

<u>**Via Federal Express**</u>

Charles A. Stanziale, Jr., Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Letter
100 Mulvaney Street
Newark, NJ 07102-4079

<u>**Via Hand Delivery**</u>

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones
16th Floor
919 North Market Street
Wilmington, Delaware 19801

Charles Brown, Esquire
Elzufon & Austin, P.A.
1201 North Market Street, Suite 500
Wilmington, Delaware 19801-2599

*/s/ Charlene D. Davis*
Charlene D. Davis (No. 2336)

599349v1