IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: MUMA SERVICES INC., et al., (f/k/a Murphy Marine Services, Inc. <br><br> Debtors. | ) Chapter 7 <br> ) Bk. No. 01-926(MFW) through <br> ) 01-932(MFW) and 01-935(MFW) <br> ) through 01-950(MFW) <br> ) <br> ) |
| MATTHEW BILBOW, <br><br> Appellant, <br><br> v. <br><br> MUMA SERVICES INC., <br><br> Appellee. | ) <br> ) <br> ) <br> ) <br> ) Civ. No. 05-328-SLR <br> ) <br> ) <br> ) <br> ) |

O R D E R

At Wilmington this 30th day of August, 2005, having received notice that the parties were unable to resolve their differences through mediation (D.I. 5);

IT IS ORDERED that briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of its appeal is due on or before **September 29, 2005.**

2. Appellee's brief in opposition to the appeal is due on or before **October 28, 2005.**

3. Appellant's reply brief is due on or before **November 14, 2005.**

_____
United States District Judge