## **CERTIFICATE OF SERVICE**

I, Charlene D. Davis, Esquire, hereby certify that on the 28th day of October 2005, I caused a true and correct copy of the **Chapter 7 Trustee's Answering Brief**, to be served via hand delivery upon the parties listed below.

Charles J. Brown, III, Esquire  
Elzufon Austin Reardon Tarlov & Mondell, P.A.  
300 Delaware Avenue, 13th Floor  
Wilmington, DE  19801

Richard W. Riley, Esquire  
Duane Morris LLP  
1100 North Market Street, Suite 1200  
Wilmington, DE  19801

_____  
Charlene D. Davis, Esquire (No. 2336)

607110v1