James Patrick Hannan

1    car.

2    Q.        Okay.

3    A.        The left side of my car.

4    Q.        At the time of the accident, was there in effect

5    any automobile insurance policy on your behalf?  Did you

6    have auto insurance at the time of the accident?

7    A.        Yes.

8    Q.        Do you recall who your auto insurance carrier

9    was at the time of the accident?

10   A.        They've changed hands often.  At the time, I

11   believe it was Encompass.

12   Q.        And was that your personal automobile insurance?

13   A.        Yes.

14   Q.        Did you have any other policies besides that

15   that applied to you or your vehicle at the time of the

16   accident?

17   A.        Myself and that vehicle?

18   Q.        Any other automobile insurance or excess

19   insurance policies that applied to you or the vehicle at

20   the time of the accident?

21   A.        No.

22   Q.        Do you have any understanding or recollection as

23   to the limits of coverage for bodily injury under your

24   policy at the time of the accident?

James Patrick Hannan

Page 45

1    A.        Repeat, please.

2    Q.        Any recollection or understanding as to the

3    limits of coverage for bodily injury under your

4    insurance policy at the time of the accident?

5    A.        I don't recall.

6    Q.        Now, you were -- I believe you had testified

7    that you were living in Baltimore at the time of the

8    accident?

9    A.        I was passing through Baltimore.

10   Q.        Do you have a residence in Baltimore?

11   A.        I reside in Florida.

12   Q.        Do you have a second residence or home in

13   Baltimore?

14   A.        I have property in Baltimore.

15   Q.        And what is -- are there any other automobiles

16   -- on February 25th of 2000, were there any other

17   automobiles that were covered under any policy either at

18   your Baltimore address or your other address?

19   A.        Yes.

20   Q.        How many vehicles and where were those vehicles

21   registered?

22   A.        A total of two vehicles including the Toyota and

23   they were both registered in Maryland.

24   Q.        Who was the owner of that second vehicle?

James Patrick Hannan

Page 46

```
 1    A.      I was.

 2    Q.      What type of vehicle was that second vehicle?

 3    A.      It was a 1984 Oldsmobile Delta 88.

 4    Q.      So you were the named owner.  And that vehicle

 5    along with the vehicle involved in this accident, were

 6    they both registered to an address in Baltimore?

 7    A.      That's right.

 8    Q.      And I believe you had testified before that

 9    prior to this accident we're discussing today, you had

10    never been involved in an accident where you had come

11    into contact with a pedestrian before?

12    A.      That's correct.

13    Q.      Had NPR, Inc. given to you any orders or

14    instructions concerning your purpose for being in your

15    motor vehicle on February 25, 2000?

16                    MR. GEROLAMO:  Do you understand the

17    question?

18                    THE WITNESS:  I'm not sure what

19    you're asking.

20                    MR. GEROLAMO:  I'm not, either.

21    BY MR. FINE:

22    Q.      Was it a requirement for your employment to

23    utilize your car to get from home to the pier on that

24    day?
```

James Patrick Hannan

1    A.        No.

2    Q.        If you had not utilized your car to get to the

3    pier on that day, how would you have gotten to the pier

4    that day?

5    A.        There are many options.

6    Q.        Did your employer require you to have any

7    specific address in order to work for them?

8    A.        U.S. citizen.

9    Q.        Did your employer know that you had been

10   residing in Baltimore, Maryland prior to this accident?

11   A.        I was not residing in Baltimore, Maryland.

12   Q.        Where were you residing?

13   A.        I resided -- I was residing in Jacksonville,

14   Florida.

15   Q.        Did your employer know that you were residing in

16   Jacksonville, Florida prior to this accident?

17   A.        Yes.

18   Q.        When did you arrive in Baltimore, Maryland prior

19   to this accident?

20   A.        It's unclear, weeks.

21   Q.        So you had been in Baltimore, Maryland at a

22   property that I believe you said was in your name.  Who

23   owns the property that you were staying at in Baltimore,

24   Maryland for the two --

James Patrick Hannan

1    A.        I do.

2    Q.        You do.  Does your employer know that you were

3    staying in Baltimore, Maryland for approximately two

4    weeks prior to this accident?

5    A.        They knew I was there just prior to returning to

6    work.

7    Q.        How did they know that?

8    A.        I had indicated so in a facsimile to them

9    stating that I'd be in Baltimore prior to my

10   return-to-work date.

11   Q.        Why did they need to know that?

12   A.        So they would know where to send my

13   return-to-work letter, which union hall to send it to.

14   Q.        I'm sorry.  Which...

15   A.        Which union hall they would send it to, which in

16   this case was Baltimore.

17   Q.        What is a return-to-work letter?

18   A.        A return-to-work letter is authorization from

19   the company to myself and to the union to return to

20   work.

21   Q.        When you say return to work, was there any

22   reason why you needed to get a return-to-work

23   authorization?

24   A.        That's standard procedure.

James Patrick Hannan

Page 49

1    Q.      Is that standard procedure for each and every

2    new trip that is coming up or how would you describe

3    that?

4    A.      After any vacation period, it's required to have

5    a return-to-work authorization from the company to

6    myself and to the union to return to work.

7    Q.      Do you recall how long you had been on vacation

8    prior to this accident?

9    A.      Six or eight weeks.

10    Q.      Who paid for the gas that you used in your

11    automobile prior to the accident?

12    A.      I did.

13    Q.      Did you get reimbursed for the payment for your

14    gas in your automobile?

15    A.      I'm not sure --

16    Q.      Do you understand the question?

17    A.      No, I don't understand the question.  How

18    specific can you be?

19    Q.      I'm sorry?

20    A.      Be more specific.

21    Q.      Fair enough.  From what you're telling me, you

22    drove from Baltimore, Maryland to Packer Avenue pier in

23    Philadelphia on the morning of February 25, 2000; is

24    that correct?

James Patrick Hannan

1    A.       Yes.

2    Q.       You said it was about an 85 mile trip, I

3    believe?

4    A.       Yes.

5    Q.       Is it fair to assume that you had to put gas in

6    your car for that trip?

7    A.       That is correct.

8    Q.       Is there any time either from that specific trip

9    that we're talking about or an accumulation of trips, is

10   there any time that NPR, Inc. paid you for your gas

11   mileage?

12   A.       No.

13   Q.       Are you certain of that?

14   A.       From that trip on, yes, I'm certain.

15   Q.       From that trip backward, was there any time that

16   NPR, Inc. ever paid for your gas for the purpose of you

17   traveling to meet them at a ship?

18   A.       No.

19   Q.       Did anybody ever pay you for your gas mileage or

20   your gas when traveling to a ship to go on a journey or

21   a trip?

22   A.       Yes.

23   Q.       Who?

24   A.       Other shipping companies.

James Patrick Hannan

Page 51

1    Q.      I thought -- okay.  Did you say you had worked

2    for NPR, Inc. from '82 to 2002?

3    A.      Right.

4    Q.      What other shipping companies are you referring

5    to and what time frame are you referring to?

6    A.      1974 to 1982, February of 2001 to roughly a

7    year-and-a-half later I worked for other companies.

8    Q.      So your recollection is that NPR, Inc. never

9    paid you for the gas or the gas mileage on your vehicle?

10   A.      That's right.

11   Q.      What were your hours of employment on

12   February 25, 2000?

13   A.      None.

14   Q.      So were you not employed at all on

15   February 25, 2000?

16   A.      That's right.

17   Q.      Did you say to me earlier today that you were

18   required to be on board ship by 5:00 p.m. on

19   February 25, 2000?

20   A.      That's correct.

21   Q.      So you were going to be on their ship at five

22   o'clock and not be paid for that?

23                  MR. GEROLAMO:  Objection to the form.

24   That's not what he said.

James Patrick Hannan

Page 52

1                        If you can explain it, Jimmy, go

2    ahead.

3                        THE WITNESS:  Repeat, please.

4    BY MR. FINE:

5    Q.       My question was from my understanding you were

6    supposed to be on the ship at five o'clock and my

7    question is, why did you not get paid for being on the

8    ship at five o'clock?

9    A.       My pay is to start the next day because the

10   other chief engineer had been paid for that day, prior

11   to me showing up.

12   Q.       So you're saying if this accident had never

13   occurred, for what period of time would you have been

14   paid on February 25th of 2000?

15   A.       I wouldn't have been paid at all until

16   February 26th.

17   Q.       Okay.  But you are testifying that your employer

18   required you to be aboard the vessel by 5:00 p.m. on

19   February 25, 2000?

20   A.       It wasn't a rigid requirement.  It was a

21   professional understanding.

22   Q.       Define professional understanding for me.

23   A.       I would show up in a timely manner so that the

24   previous chief engineer would be able to get

James Patrick Hannan

Page 53

1    transportation home.

2    Q.        On February 25th of 2000, did your employment

3    duties include the use of the motor vehicle you were

4    driving at the time of the accident?

5    A.        No.

6    Q.        Did your employment duties include the use of

7    your own personal vehicle?

8    A.        No.

9    Q.        Did your employer have any knowledge that you

10   were using your own personal vehicle to get to the

11   Packer Avenue pier on February 25, 2000?

12   A.        I believe so.

13   Q.        How would they have had that knowledge?

14   A.        I would have telephoned them in advance.

15   Q.        What would have made you telephone your employer

16   in advance to tell them how you were going to get to

17   Packer Avenue?

18   A.        So they could secure clearance for me to get my

19   vehicle to the ship so I can get my gear onto the ship.

20   Q.        So had you not gotten clearance from NPR, Inc.

21   to get onto the pier, is it fair to say you would not

22   have been permitted to get on the pier?

23   A.        Something could have been worked out.

24   Q.        But you had gotten prior clearance from NPR,

James Patrick Hannan

Page 54

1    Inc. to get onto the pier at the time when you got onto

2    the pier on February 25, 2000?

3    A.        That is my understanding.

4    Q.        Do recall there being any controversy or any

5    delay when you attempted to get onto the pier on

6    February 25, 2000?

7    A.        No.

8    Q.        And if you did not drive your on vehicle onto

9    the pier, how would you have gotten your tools, your

10   gear, as you described it, how would you have gotten it

11   onto the ship?

12   A.        Any number of ways.

13   Q.        Give me examples.

14   A.        I could have carried them from the gate to the

15   ship.

16   Q.        Was there any sort of work requirement that you

17   have the lap top and work clothes with you at the time

18   of your employment for NPR, Inc.?

19   A.        Not a requirement.

20   Q.        The lap top and your work clothes, were those

21   items that you used -- normally would use during the

22   course of your employment with NPR, Inc.?

23   A.        Yes.

24   Q.        How would you utilize the lap top in the course

James Patrick Hannan

1    of your employment with NPR, Inc.?

2    A.        The lap top would be of personal use and some on

3    board use.

4    Q.        And my concern is the on board use.  I'm not

5    concerned with the personal use.  How would you have

6    used the lap top to your employer's benefit?

7    A.        To generate purchase orders, to calculate

8    overtime, calculate fuel consumption, to calculate

9    budget, balance the budget, to work on the payroll, to

10   work on vessel documentation.

11   Q.        Who paid for that lap top?

12   A.        I did.

13   Q.        Did you get reimbursed for that lap top?

14   A.        No.

15   Q.        But that lap top was used in furtherance of your

16   employer's business; is that correct?

17   A.        Yes.

18   Q.        And was there a requirement that you wore

19   certain types of clothes while on official duty or

20   business on the ship?

21   A.        Yes.

22   Q.        And I believe you told me that that -- the lap

23   top and also these work clothes were with you, you were

24   transporting them to the ship at the time of the

1    accident; is that correct?

2    A.       Right.

3    Q.       Is that correct?

4    A.       That's correct.

5    Q.       Just for the record to reflect, I believe you

6    said it a little lowly.  The court reporter has to hear

7    everything, I believe.  When I said is that correct, you

8    said yes, that's correct?

9    A.       To what did I say that's correct?

10   Q.       When I said those items, the gear that you were

11   discussing, the lap top and your work clothes, you were

12   in the midst of taking them onto the ship at the time of

13   the accident?

14   A.       Yes.

15   Q.       Did you sustain any injuries as a result of this

16   accident we've been discussing?

17   A.       No, none physical.

18   Q.       Is there anything else you want to discuss, any

19   injuries that you believe you sustained as a result of

20   this accident?

21   A.       No.

22   Q.       Did you receive any sort of compensation for

23   your travel time to and from home on the date of this

24   accident?

James Patrick Hannan

Page 57

1    A.        No.

2    Q.        On February 25th of 2000, was part of a

3    condition of your employment the use of your own

4    personal motor vehicle?

5    A.        No.

6    Q.        Did you ever ask your employer for the use of a

7    company vehicle?

8    A.        No.

9    Q.        Was the vehicle that you were driving at the

10   time of the accident under any actual control or

11   potential control by your employer?

12   A.        No.

13   Q.        Was the use of your personal vehicle at the time

14   of the accident necessary for NPR, Inc.'s business?

15   A.        No.

16   Q.        Why do you say no?

17   A.        I don't understand the question.

18   Q.        Were there --

19             MR. GEROLAMO:  Isn't it implicit in

20   the answer, because it wasn't.

21   BY MR. FINE:

22   Q.        Would there have been other engineers on board

23   that ship at the time on February 25, 2000 or engineers

24   ready to board that ship at the time?

James Patrick Hannan

Page 58

1    A.      Once again, that question is confusing.

2    Q.      How many crew members would have been aboard the

3    Humacao or preparing to board the Humacao for that

4    journey that you were preparing to go on?

5    A.      At any one point in time, there's roughly 27

6    crew members on the ship.

7    Q.      Do you know how many of those crew members would

8    have been arriving on the Packer Avenue pier on

9    February 25th of 2000?

10   A.      No.  No.

11   Q.      Would there have been anybody else besides

12   yourself arriving on the pier that day for that journey?

13   A.      Possibly.

14   Q.      Would these individuals have any sort of

15   requirement to bring any tools or gear on board the

16   ship?

17   A.      Just standard work clothes.

18   Q.      Okay.

19   A.      Industry standard work clothes.

20   Q.      Do you know how these other people would

21   transport their work clothes or their items to the ship?

22   A.      That's their choice, their decision.

23   Q.      If this accident had never occurred, tell me

24   what would have happened, what were you preparing to do

James Patrick Hannan

Page 59

1    with your vehicle in relation to your gear?

2    A.       Had the accident not occurred --

3    Q.       What would have happened?

4    A.       I would simply have walked down to the gangway,

5    put my gear at the foot of the gangway, brought it on

6    board the vessel and then parked my car in the

7    employee's parking lot and then boarded the vessel.

8    Q.       So you would have taken your gear out of your

9    car.  Where would you have left your car when you were

10   in the process of taking your gear out of the car?

11   A.       In the northwest end of the terminal.

12   Q.       So you would have taken your gear out of the

13   car, placed it, I think you said, by the gangway?

14   A.       The foot of the gangway and then the top of the

15   gangway.

16   Q.       Okay.

17   A.       Probably secured some help to get it up to my

18   office and then move my car to the employee's parking

19   lot.

20   Q.       Now, would it have been necessary to have

21   assistance to get your gear onto the ship?

22   A.       No.

23   Q.       I think you said that you would have probably

24   secured some assistance to get it up to your stateroom?

James Patrick Hannan

1    A.        Yes.  It's good to be the boss.

2    Q.        That's a fair response.  How much gear would you

3    say you had?  I don't know if we're talking about duffel

4    bags, suitcases.  I know you said a lap top.  How

5    much -- what other sorts of items did you have with you

6    at the time of the accident?

7    A.        A lap top case along with an attache case and

8    one shoulder bag.

9    Q.        In that one shoulder bag, that had all of your

10   -- did that have all of your work clothes and all of

11   your civilian clothes?

12   A.        No.  No.

13   Q.        Where were the rest of those clothes?

14   A.        Stowed on board.

15   Q.        How long had your clothes or other personal

16   items been stowed on board?

17   A.        Since -- they've been on board a number of

18   different vessels since I started working for the

19   company in 1982.

20   Q.        Was it usual practice for you to leave items

21   aboard that ship for extended periods of time?

22   A.        Whatever ship I was employed upon.

23   Q.        Do you know for other individuals the normal

24   protocol, other individuals who would have been bringing

James Patrick Hannan

Page 61

1    gear or tools onto the ship for the beginning of a trip,

2    how would they get their equipment or their gear onto

3    the ship?

4    A.      As efficiently as possible.

5    Q.      Would other individuals drive their vehicles up

6    to the ship as you had done?

7    A.      Perhaps.

8    Q.      Was what you had intended to do, had you done

9    that before in terms of getting your gear onto the ship?

10   A.      Yes.

11   Q.      How many times before would you say you had done

12   that?

13   A.      Well, are we limiting it to the Philadelphia

14   terminal or --

15   Q.      No, any terminal, from -- for NPR, Inc. from

16   1982 to 2002, how many times would you have driven your

17   personal vehicle up to the ship to unload your gear for

18   a trip?

19   A.      Or load my gear.

20   Q.      Or load.

21   A.      Scores of times.

22   Q.      Just for clarification, is a score 20?

23   A.      A score is 20.

24   Q.      Did other people utilize that same practice; did

James Patrick Hannan

Page 62

1    other people who were either engineers or crew members

2    who were trying to board equipment or gear onto the

3    ship, would they utilize their own personal vehicles in

4    the manner that you had to get their gear on the ship?

5    A.      Some people would, yes.

6    Q.      Was it unusual for people to do what you had

7    done to get the equipment and gear onto the ship?

8    A.      No.

9    Q.      At the time of the accident, were you within the

10   course of your employment?

11   A.      I was unemployed.

12   Q.      You were not employed?

13   A.      At the time of the accident.

14   Q.      How are you defining the word of "employment"?

15   A.      On the payroll.

16   Q.      At the time of the accident, were you in any way

17   considered on call for NPR, Inc.?

18   A.      I don't understand "on call."

19   Q.      Are you ever as a -- I believe you said you were

20   a chief engineer?  As a chief engineer, are you ever

21   considered to be on call for your employer?

22   A.      In an emergency, if they needed the manpower, I

23   would -- if available, I would facilitate, I would help

24   them out.

James Patrick Hannan

Page 63

1    Q.       With that understanding, were you on call at the

2    time of this accident?

3    A.       No.

4    Q.       Were you instructed to bring the lap top and

5    your work clothes on board the Humacao by NPR, Inc.

6    prior to this accident?

7    A.       No.

8    Q.       Would you have been permitted to do your work or

9    be able to complete your job if you did not have the lap

10   top or your work clothes with you for this journey that

11   you were preparing to go on?

12   A.       I would be able to complete my tasks without

13   those items.

14   Q.       Would you have been permitted to?

15   A.       Yes.

16   Q.       Why did you feel the need then to have work

17   clothes with you at the time of the accident?

18   A.       Well, one needs new socks, new underwear, new

19   shoes, occasionally.

20   Q.       Where did you get these clothes from?

21   A.       I don't recall.

22   Q.       Now, you call them work clothes.  Were there any

23   -- is there any sort of official uniform or official

24   clothes that you were supposed to wear as a chief

1    engineer aboard this ship?

2    A.      It was understood you wore safety shoes, gloves

3    and safety glasses, which they supplied.

4    Q.      They supplied?

5    A.      All but the safety shoes.

6    Q.      So these safety gloves and these safety glasses,

7    did you have them with you in your bag?

8    A.      I had my own personal safety glasses in my

9    briefcase.

10   Q.      But who gave you those safety glasses?

11   A.      They were my personal safety glasses.

12   Q.      I thought you had just said they supplied the

13   gloves --

14   A.      They supplied them, yes, but you didn't have to

15   use them.

16   Q.      Did you have any thing that was supplied to you

17   by NPR, Inc. with you at the time of the accident?

18   A.      No.

19   Q.      Did your employer ever pay for any service to

20   your personal automobile?

21   A.      No.

22   Q.      The lap top that you were preparing to bring on

23   board at the time of the accident, did that lap top in

24   anyway benefit your employer?

James Patrick Hannan

```
 1                    MR. GEROLAMO:  Objection to the form.
 2    Do you understand the question, Jim?
 3                    MR. FINE:  I believe you had --
 4                    THE WITNESS:  I don't know if it
 5    actually benefited them.
 6                    MR. GEROLAMO:  I mean, he's testified
 7    that he used it or the plan was to use it in conjunction
 8    with a number of things, fuel monitoring, balancing the
 9    budget.  The inference from that, I guess, can be drawn
10    the way it can be drawn.
11    BY MR. FINE:
12    Q.      But you had testified earlier that you used this
13    lap top to do work for your employer; is that correct?
14    A.      Yes.
15                    (Discussion held off the record.)
16                    THE WITNESS:  It made my life
17    simpler.  It was a lot more horsepower, my lap top, than
18    the on board computers supplied by the employer.
19    BY MR. FINE:
20    Q.      By making your life simpler, did that make you
21    more productive for your employer?
22    A.      It freed up more time for myself.
23    Q.      Could you accomplish more things for your
24    employer by using that lap top as opposed to the
```

James Patrick Hannan

Page 66

1    equipment that they would have provided you?

2    A.        I would accomplish exactly what was required.

3    Q.        But, as you had stated, the use of that computer

4    that you brought on board was for work purposes for your

5    employer?

6    A.        No, personal and work purposes.

7    Q.        I'm sorry?

8    A.        They overlap.

9    Q.        But some of the purpose that you had used that

10   computer, you would use that computer on the ship, was

11   for the benefit of your employer?

12   A.        One can construe that.

13   Q.        Was anybody with Mr. Bilbow at the time of the

14   accident?

15   A.        I was about as close as you can get.

16   Q.        I'm sorry?

17   A.        I was as close as you can get.

18                    MR. GEROLAMO:  He means other than

19   you, Jim.

20                    THE WITNESS:  No.

21   BY MR. FINE:

22   Q.        Other than you.  Was anybody walking with

23   Mr. Bilbow?

24   A.        No.

James Patrick Hannan

Page 67

1    Q.       Could you describe what Mr. Bilbow did after the

2    accident occurred?

3    A.       He laid near motionless on the ground in a

4    supine position moaning a little bit.

5    Q.       Can you tell me what part of Mr. Bilbow came

6    into contact with what part of your vehicle at the time

7    of the accident?

8    A.       I'm not sure what part hit the left front wheel

9    well.  I know that one of his hands hit the side-view

10   mirror on the driver's side and that his head had struck

11   something.

12   Q.       Was there any damage to the hood of your car

13   after this accident, as a result of this accident?

14   A.       To the wheel well.

15   Q.       I think you had testified you got off the

16   Humacao prior to midnight on February 25, 2000?

17   A.       Right.

18   Q.       Where did you go after that?

19   A.       I drove to Baltimore.

20   Q.       Did you drive alone?

21   A.       Yes.

22   Q.       I think you had said you had an attache along

23   with a shoulder bag.  Those items that you were

24   preparing to take on board the Humacao at the time of

James Patrick Hannan

1    the accident, did you have any alcohol with you?

2    A.       No.

3    Q.       Did the Philadelphia Police ever board the

4    Humacao after the accident?

5    A.       Not to my knowledge.

6    Q.       Do you have any understanding as to whether or

7    not the Philadelphia Police asked permission to board

8    the Humacao after the accident?

9    A.       I have no knowledge.

10   Q.       Do you have any understanding if any NPR, Inc.

11   employee denied the Philadelphia Police's right to come

12   aboard the Humacao after the accident?

13   A.       I don't know.

14   Q.       Have you had a hearing before anyone including

15   the Coast Guard concerning your alcohol consumption as a

16   result of the February 25, 2000 auto accident?

17   A.       Restate, please.

18   Q.       Have you had any sort of hearing in front of the

19   Coast Guard concerning your alcohol consumption in

20   relationship to this accident of February 25, 2000?

21   A.       Not personally, no.

22   Q.       Has there been any sort of hearing that's taken

23   place in front of the Coast Guard concerning what I just

24   said?

James Patrick Hannan

Page 69

1   A.       I don't understand "hearing."

2   Q.       Has the Coast Guard been involved in any manner

3   whatsoever with regard to your alcohol consumption and

4   the accident of February 25, 2000?

5   A.       They launched an investigation.

6   Q.       How are you aware that they launched an

7   investigation?

8   A.       I was told by my employer.

9   Q.       Your employer being NPR, Inc.?

10  A.       NPR, Inc., yes.

11  Q.       What is your understanding of what the

12  investigation consisted of?

13  A.       My employer -- somebody in management was trying

14  to, oh, bring charges upon me by the Coast Guard to have

15  some sort of legal action brought against me by the

16  Coast Guard in regards to my license.

17  Q.       Concerning your license?

18  A.       Concerning my license.

19  Q.       Who initiated that?

20  A.       Somebody in the company.

21  Q.       Do you know who that person was?

22  A.       Captain Jim Shinners.

23  Q.       Jim Shinners?

24  A.       To my knowledge.

James Patrick Hannan

Page 70

```
 1    Q.      Was he the captain of the Humacao?

 2    A.      No, he was the head of vessel operations.

 3    Q.      Jim?

 4    A.      Shinners, S-H-I-N-N-E-R-S.

 5    Q.      So it's your understanding that he is the one

 6    that launched the investigation with the Coast Guard

 7    concerning you?

 8    A.      Yes, he was the main drive behind the

 9    investigation.

10    Q.      Do you know, was the investigation only with

11    regard to this accident of February 25, 2000, or did it

12    involve any other history?

13    A.      It had nothing to do with the accident.

14    Q.      What did the investigation have to do with?

15    A.      My being above the allowable breath alcohol

16    content.

17    Q.      At the time of the accident?

18    A.      At the time of the accident.  Or the time

19    boarding the vessel.

20    Q.      Did the investigation have anything to do with

21    you ever having been above the allowable alcohol limit

22    when boarding the vessel at any other time before this

23    accident?

24    A.      I don't understand the question.
```

James Patrick Hannan

Page 71

1    Q.      Was this investigation limited to solely the

2    fact that you were above the alcohol limit boarding the

3    ship on the 25th of February 2000?

4    A.      I was not above the breath alcohol limit

5    boarding the ship.

6    Q.      Tell me what you were then.

7    A.      I was within legal limits boarding the ship.

8    Below.

9    Q.      What's that?

10   A.      Below the requirement.

11   Q.      Did they --

12   A.      Boarding the vessel.  It was not determined.

13   Q.      It was not determined.

14   A.      At four o'clock in the afternoon, it was

15   determined that I was above the legal limit.

16   Q.      Do you have any understanding or belief as to

17   the conclusion of this hearing that the Coast Guard was

18   pursuing?

19   A.      Yes.

20   Q.      And what was that?

21   A.      No fault was due me.

22   Q.      No fault was due you?

23   A.      I was innocent.  I was not employed at the time.

24   No charges were being brought against me.

James Patrick Hannan

Page 72

1    Q.    As a result of this investigation, did you have

2    your engineer's license revoked or suspended?

3    A.    No.

4    Q.    Sir, do you know your Z number?

5    A.    Same as my Social Security.

6    Q.    And I believe you said you are part of a union?

7    A.    Yes.

8    Q.    What union are you part of?

9    A.    Marine Engineers Beneficial Association.

10   Q.    Sir, are you an alcoholic?

11   A.    No.

12   Q.    How often would you say you consume alcoholic

13   beverages?

14   A.    A couple of times a week.

15   Q.    Have you ever had any discipline levied against

16   you by your employer for any prior alcohol-related

17   incident?

18   A.    No.

19   Q.    When was the investigation done by the Coast

20   Guard?

21   A.    It started shortly after the date of the

22   accident.  As to when it actually commenced, I don't

23   know.

24   Q.    During the time of the investigation, were you

James Patrick Hannan

Page 73

1    still employed by NPR, Inc.?

2    A.       That was questionable.

3    Q.       Tell me what you mean by that was questionable.

4    A.       I was sort of put on a leave of absence.

5    Q.       Had you ever been put on a leave of absence

6    before by NPR, Inc.?

7    A.       No.

8    Q.       Have you ever been treated for alcohol

9    consumption?

10   A.       I went through procedures, the motions, shortly

11   after the accident.

12   Q.       And when you say procedures and motions, who

13   required or made --

14   A.       My counsel recommended it.

15   Q.       I'm sorry?

16   A.       Counsel recommended it.

17   Q.       Whose counsel?

18   A.       My counsel for the hearing.

19   Q.       Recommended that you go through some sort of --

20   A.       Yes, to show good faith, pass an alcohol

21   awareness sort of course and attend a couple of study

22   groups, hit some AA meetings, that sort of thing.

23   Q.       Had you ever had any sort of treatment for

24   alcohol prior to this accident?

James Patrick Hannan

Page 74

1    A.       No.

2    Q.       Sir, who is your family doctor?

3    A.       Dr. Pozner.

4    Q.       Dr. Pozner?

5    A.       If you want to call him a family doctor.  He's

6    my Baltimore episodic doctor.

7    Q.       "Episodic" meaning?

8    A.       I have a cold, I go to see him.

9    Q.       How long has he been your Baltimore doctor?

10   A.       Quite a few years.

11   Q.       And he is located in Baltimore?

12   A.       This is correct.

13   Q.       Do you know his first name?

14   A.       Marc, M-A-R-C.

15   Q.       Dr. Marc Pozner, okay.  And as a requirement of

16   your employment by NPR for that 20-year period of time,

17   did you ever have examinations or physicals by the ship

18   ordered doctor?

19   A.       Shipboard doctor?

20   Q.       As an employee of NPR, Inc., have you ever been

21   examined by a doctor of their choosing for purposes of

22   your employment?

23   A.       It was -- there was a requirement at one point

24   for us to get physical examinations prior to rejoining

James Patrick Hannan

Page 75

1    the vessel.

2    Q.        Okay.

3    A.        They were pretty relaxed on that requirement.

4    It wasn't mandatory.

5    Q.        Did you have a physical examination prior to

6    boarding this ship?

7    A.        Not immediately prior.

8    Q.        How long before that did you have it?

9    A.        I would get a complete physical roughly every --

10   once a year.

11   Q.        And do you know who did that physical?

12   A.        It was through the union and the diagnostic

13   program, any number of doctors.

14   Q.        So a complete physical about once a year?

15   A.        Right, about once a year.

16   Q.        Do you recall the last complete physical you had

17   through the union prior to this accident?

18   A.        Prior to it?  No, I don't.

19   Q.        Have you ever had any sort of counseling or

20   rehabilitation for drug use?

21   A.        No.

22                  MR. FINE:  I'm just going to review

23   some notes.  We can go off the record.

24                  (Recess.)

James Patrick Hannan

Page 76

1              MR. FINE:  Just a couple of more

2    quick questions.

3    BY MR. FINE:

4    Q.      Mr. Hannan, do you recall that your deposition

5    was scheduled for yesterday?

6    A.      Yes.

7    Q.      Do you recall meeting me yesterday?

8    A.      Yes.

9    Q.      Do you recall that we began your deposition

10   yesterday?

11   A.      Yes.

12   Q.      Do you recall why we did not conclude your

13   deposition yesterday?

14   A.      I answered affirmative to a question of yours

15   regarding alcohol or anything that would inhibit --

16   Q.      So I asked you a question as to whether or not

17   you were under the influence of any alcohol or drugs

18   that would impair your ability to testify yesterday; is

19   that correct?

20   A.      Yes.

21   Q.      And you answered?

22   A.      To the affirmative.

23   Q.      Do you recall when and where you were drinking

24   yesterday?

James Patrick Hannan

Page 77

1    A.       Right down on 15th or Locust Street, a couple of

2    taverns down there while I was waiting for this to

3    begin.

4    Q.       Do you recall how much alcohol you consumed

5    yesterday before the deposition began?

6    A.       Four or five stouts, total.

7    Q.       Is that unusual for you to consume that quantity

8    of alcohol during, say, lunchtime?

9    A.       Yes.

10   Q.       Do you have any recollection as to what made you

11   drink the alcohol yesterday?

12   A.       Well, I had a pretty full plate at home,

13   domestic problems.

14   Q.       How long have you had these domestic problems?

15   A.       This just popped up.  My girlfriend's daughter

16   is in intensive care right now.

17   Q.       I'm sorry to hear that.

18            Do you have a history of alcohol consumption

19   when you have any sort of personal problems going on?

20   A.       I don't believe so.

21   Q.       Have you ever been treated for or cared for

22   concerning any problem with your liver?

23   A.       It's been noted that my liver functions are a

24   little awry.

1   Q.      Has Dr. Pozner told you that?

2   A.      Yes.

3   Q.      Has Dr. Pozner told you the reason why your

4   liver functions are somewhat awry?

5   A.      A couple of reasons.

6   Q.      What are they?

7   A.      Exposure to hepatitis B, the virus, some time

8   ago, which is a major concern, or was a major concern.

9   And, perhaps, the excess alcohol consumption.

10  Q.      When you say excess alcohol consumption, how are

11  you defining excess alcohol consumption?

12  A.      More than none.

13  Q.      How old are you now?

14  A.      50.

15  Q.      How long would you say you have been consuming

16  alcohol?

17  A.      Since I was legal age.

18  Q.      Which would have been what?

19  A.      18.

20  Q.      And just to reiterate one more question, your

21  testimony today under oath is that you have never been

22  convicted of or prosecuted for driving under the

23  influence of alcohol ever?

24  A.      Prosecuted or convicted?  It's two different

James Patrick Hannan

1    things.

2    Q.      Either.  I had asked you either.

3                    MR. GEROLAMO:  He had identified the

4    one incident post --

5    BY MR. FINE:

6    Q.      I'm sorry.  I'm talking from February 25, 2000

7    backwards.

8    A.      Never.

9    Q.      Never?

10   A.      Never.

11   Q.      In your own opinion, had you ever been caused to

12   be involved in an automobile accident prior to

13   February 25, 2000 due to the consumption of alcohol?

14   A.      No.

15   Q.      You're certain of that?

16   A.      I have never had -- I'm not sure if I understand

17   the question then.  Why --

18                    MR. GEROLAMO:  Why he keeps asking it

19   several different ways?

20                    THE WITNESS:  Yes.  You have a lot of

21   semantics going on here.

22   BY MR. FINE:

23   Q.      I'll try to be very clear.  In your own opinion,

24   had you ever been involved in a motor vehicle accident

James Patrick Hannan

1    due to your consumption of alcohol prior to

2    February 25, 2000?

3    A.       No.

4    Q.       And lastly, had you ever struck another

5    pedestrian with your motor vehicle as a driver prior to

6    February 25, 2000?

7    A.       No.

8    Q.       Had a pedestrian ever struck your vehicle prior

9    to February 25, 2000?

10   A.       Not to my knowledge.

11   Q.       From your understanding is "not to my knowledge"

12   a different answer than "no"?

13   A.       Well, my vehicle is that -- just that, it's a

14   vehicle.  If I was driving it, while I was driving the

15   vehicle, I'm sure a pedestrian has never hit it.

16   Q.       That's fair.  Then prior to February 25, 2000,

17   had you ever been inside your vehicle when a pedestrian

18   struck your vehicle?

19   A.       No.

20   Q.       And you're certain of that?

21   A.       Certain of that.

22                    MR. FINE:  Thank you.  That's all I

23   have.

24                         -   -   -

James Patrick Hannan

Page 81

1                    (Witness excused.)

2       (Deposition concluded at approximately 12:58 p.m. )

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

James Patrick Hannan

Page 82

```
 1                C E R T I F I C A T I O N

 2

 3

 4            I hereby certify that the proceedings,

 5     evidence, and objections noted are contained fully and

 6     accurately in the stenographic notes taken by me upon

 7     the foregoing matter on Friday, June 6, 2003, and that

 8     this is a correct transcript of the same.

 9

10

11

12            _____

13                Robin A. Vance, CSR, RPR

14                License No. XI 02131

15

16

17

18

19            (The foregoing certification of this

20     transcript does not apply to any reproduction of the

21     same by any means, unless under the direct control

22     and/or supervision of the certifying reporter.)

23

24
```

Page 83

```
 1                    SIGNATURE PAGE

 2                         OF

 3                JAMES PATRICK HANNON

 4

 5            I hereby acknowledge that I have read the

 6   foregoing deposition dated Friday, June 6, 2003 and that

 7   the same is a true and correct transcript of the answers

 8   given by me to the questions propounded, to the best of

 9   my knowledge, recollection and belief, except for the

10   changes, if any, noted on the attached Errata Sheet.

11

12

13

14

15   SIGNATURE:                          DATE:

16

17   ---------------------------    -----------

18   JAMES PATRICK HANNON

19

20

21

22

23

24
```

James Patrick Hannan

Page 84

```
 1                    ERRATA SHEET

 2     PAGE          LINE          CORRECTION

 3     _ _ _ _  __   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

 4     _ _ _ _  _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

 5     _ _ _ _  __   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

 6     _ _ _ _  _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

 7     _ _ _ _  _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

 8     _ _ _ _  _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

 9     _ _ _ _  _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

10     _ _ _ _  _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

11     _ _ _ _  _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

12     _ _ _ _  _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

13     _ _ _ _  _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

14     _ _ _ _  _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

15     _ _ _ _  _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

16     _ _ _ _  _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

17     _ _ _ _  _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

18     _ _ _ _  _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

19     _ _ _ _  _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

20     _ _ _ _  _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

21     _ _ _ _  _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

22     _ _ _ _  _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

23     _ _ _ _  _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

24     _ _ _ _  _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
```

92c3ea99-bb26-4a27-92fb-7355742b1c32

James Patrick Hannan

**A**

AA 73:22
abeam 11:12 13:22
ability 5:13 29:1 76:18
able 52:24 63:9,12
aboard 7:18 21:10 22:9 23:4
  23:8 26:22 29:20 52:18 58:2
  60:21 64:1 68:12
about 6:1 7:1 8:8 16:10 19:2
  25:20,23 33:24 37:15 42:22
  43:7 50:2,9 60:3 66:15
  75:14,15
above 1:15 14:4 24:12,13,14
  25:1 70:15,21 71:2,4,15
abreast 11:10
absence 73:4,5
access 18:17 19:4 20:18 21:4
  21:7
accessing 19:14
accident 4:12,20,22 10:10,13
  10:23 11:9,18,20 12:1,6,13
  12:16,19,21 13:16,19 14:17
  14:19,22 15:6,24 16:3,6,10
  16:12,18,21 17:3,7,21,22
  18:3,5,10,24 19:3 21:1,9,14
  22:5,17 23:14,15,16,17
  24:5,18,21 25:5,6,11,14
  26:2,5,6,9,12,15,24 27:5,19
  28:4,6,14 29:5,8,13,16,24
  30:8 31:1,2,14,16,17,17,18
  32:13 33:9,10 34:2 35:7,16
  35:17 36:12,15 37:8,17,24
  38:6,16,21 39:1,4,12,17
  40:7,8,13,17,21 41:20,22
  42:6,9,13,17,20,20,23 43:1
  43:2,8,10,12,15,15,15,17,18
  43:19 44:4,6,9,16,20,24
  45:4,8 46:5,9,10 47:10,16
  47:19 48:4 49:8,11 52:12
  53:4 56:1,13,16,20,24 57:10
  57:14 58:23 59:2 60:6 62:9
  62:13,16 63:2,6,17 64:17,23
  66:14 67:2,7,13,13 68:1,4,8
  68:12,16,20 69:4 70:11,13
  70:17,18,23 72:22 73:11,24
  75:17 79:12,24
accidents 31:5,7,8,20 32:8,12
  35:21 36:3,9
accomplish 65:23 66:2
accumulation 50:9
accurately 82:6
acknowledge 83:5
act 22:18
acting 41:2
action 69:15
actual 36:12 57:10

actually 65:5 72:22
address 5:18,19 45:18,18 46:6
  47:7
advance 20:2,6 53:14,16
affirmative 76:14,22
after 6:11 11:11 23:14,15,17
  24:5,18,21 25:6,11,14 26:2
  26:4,12,15 27:5,19 28:6,13
  29:5,13,24 30:5,6 34:1
  42:20,23,24 43:2,7,15 49:4
  67:1,13,18 68:4,8,12 72:21
  73:11
aftermost 11:12
afternoon 71:14
again 5:6 10:3 13:16,19,21
  23:4 34:8 35:9 58:1
against 15:21 71:24 72:15
age 78:17
agency 41:4,12
agent 41:2
ago 9:3 78:8
agreed 4:1
ahead 8:1 20:9,20 21:3 52:2
  24:16,19,22 28:5 30:19
  32:15,18,21,24 33:5 34:4
  68:1,15,19 69:3 70:15,21
  71:2,4 73:8,20,24 76:15,17
  77:4,8,11,18 78:9,10,11,16
  78:23 79:13 80:1
alcoholic 14:23 72:10,12
alcohol-related 72:16
allow 19:19 29:15,16,17 33:20
allowable 70:15,21
allowed 28:16,17 43:9
alone 67:20
along 18:24 46:5 60:7 67:22
amount 29:7,10
and/or 82:22
another 80:4
answer 15:14 17:10 20:9
  33:20,23 34:15 35:13 41:11
  57:20 80:12
answered 4:24 76:14,21
answers 83:7
anybody 19:8 26:11 32:3
  37:23 43:14 50:19 58:11
  66:13,22
anybody's 11:22
anyone 20:13 41:19 68:14
anything 5:7 25:10,11 34:20
  38:19 41:23 42:5,12 56:18
  70:20 76:15
anyway 64:24
appear 25:14,17
application 37:3

applied 36:18,22,24 44:15,19
apply 36:13,20,23 82:20
appointment 39:19
appropriate 13:8
approximate 14:8
approximately 1:16 15:23
  16:17 17:2 18:16,23 23:15
  24:21 36:17 37:11,13 40:16
  42:24 48:3 81:2
April 5:24
area 28:19
around 11:11
arrested 33:4,8,24 34:3
arrival 20:3,7
arrive 47:18
arriving 58:8,12
articles 2:7
asked 11:8 18:13 42:10 68:7
  76:16 79:2
asking 4:19 5:6 16:4 33:18
  41:5 46:19 79:18
assist 25:8
assistance 59:21,24
assistant 9:6
Associates 1:22
Association 72:9
assume 40:20 50:5
assumed 43:24
ASTRO 1:6,6
attache 60:7 67:22
attached 83:10
attempted 54:5
attend 73:21
attorney 4:11 33:23
Attorneys 2:5,11
authorization 48:18,23 49:5
auto 35:21 36:9 44:6,8 68:16
automobile 32:12 36:3 37:8
  42:17 44:5,12,18 49:11,14
  64:20 79:12
automobiles 14:12 45:15,17
available 62:23
Avenue 1:22 10:11,15,20,23
  12:19 14:11 15:23 18:17
  19:1,4 49:22 53:11,17 58:8
aware 35:21 36:8 43:11 69:6
awareness 73:21
awry 77:24 78:4
a.m 1:16
a/k/a 1:6

**B**

B 78:7
back 9:3 16:13 35:12 36:12
background 6:2
backward 50:15

backwards 79:7
bag 60:8,9 64:7 67:23
bags 60:4
balance 55:9
balancing 65:8
Baltimore 4:7 5:20 6:14 12:17
  15:8,9 30:14,16,18 40:4
  45:7,9,10,13,14,18 46:6
  47:10,11,18,21,23 48:3,9,16
  49:22 67:19 74:6,9,11
bankrupt 8:13 10:6
bankruptcy 8:14 10:5
bankrupted 7:24
based 33:17
basis 9:18
became 8:4
becomes 35:12
before 1:16 4:15,24 7:9 15:3,5
  15:13,24 16:3,6,10,11,14,18
  17:3,7,20 18:2,13 21:12
  23:13 30:1,3 31:3,14 32:3,9
  32:13 34:17 35:7,17 36:9
  40:7,17 46:8,11 61:9,11
  68:14 70:22 73:6 75:8 77:5
began 76:9 77:9
begin 15:13 77:3
beginning 1:15 61:1
behalf 41:20 42:6,12 44:5
behavior 34:22
behind 70:8
being 31:5 46:14 52:7 54:4
  69:9 70:15 71:24
belief 71:16 83:9
believe 8:10 15:22 20:1 21:15
  35:1 36:2 38:15 44:11 45:6
  46:8 47:22 50:3 53:12 55:22
  56:5,7,19 62:19 65:3 72:6
  77:20
belongings 22:6
Below 71:8,10
Beneficial 72:9
benefit 41:19 55:6 64:24
  66:11
benefited 65:5
besides 44:14 58:11
best 7:22 13:18 16:19 23:10
  83:8
better 9:15
between 4:1 37:16
beverage 14:23 37:20
beverages 72:13
beyond 31:17
Bilbow 1:2,3 2:13 4:11,11
  14:6 16:15,17 17:2,22,24
  18:9,11,13 36:14,18,23 37:4
  37:6,7 38:2 43:24 66:13,23

James Patrick Hannan

67:1,5
birth 5:23
bit 6:1 7:21 67:4
blocking 38:19
blood 25:23
board 13:10 22:2,7 28:11,23
    29:6,15,18,19 30:24 51:18
    55:3,4 57:22,24 58:3,15
    59:6 60:14,16,17 62:2 63:5
    64:23 65:18 66:4 67:24 68:3
    68:7
boarded 43:8 59:7
boarding 29:8,12 30:11,12
    70:19,22 71:2,5,7,12 75:6
bodily 44:23 45:3
boss 60:1
both 31:15 45:23 46:6
brakes 36:13,18,20,22,23,24
    37:3
breath 24:7 30:19 70:15 71:4
breathalyzer 43:3
Bredel 40:1
Bregel 39:24 40:2,3
briefcase 13:8 64:9
briefly 7:1 9:2
bring 58:15 63:4 64:22 69:14
bringing 60:24
broke 14:5
brought 4:12 41:1 59:5 66:4
    69:15 71:24
budget 55:9,9 65:9
Building 2:9
business 19:23 41:23 55:16,20
    57:14
B-R-E-G-E-L 40:2,3

C
C 2:1 82:1,1
calculate 55:7,8,8
Calhoun 6:14,16
call 20:1,4,5 35:12 62:17,18
    62:21 63:1,22 74:5
called 20:6,12,15
came 14:7 16:14 17:21 18:9
    25:8 30:1 35:18 41:14 67:5
capacity 23:7 41:16
captain 69:22 70:1
car 12:8 17:16,24 19:16 22:3
    31:22 32:4 44:1,3 46:23
    47:2 50:6 59:6,9,9,10,13,18
    67:12
care 77:16
cared 77:21
carried 54:14
carrier 44:8
case 4:12 48:16 60:7,7

cataract 40:8
cause 14:2
caused 79:11
cautious 14:18
center 16:24
certain 4:16 15:1 50:13,14
    55:19 79:15 80:20,21
certificate 6:20
certification 4:2 82:19
Certified 1:17
certify 82:4
certifying 82:22
change 17:12
changed 44:10
changes 83:10
changing 17:18
charges 69:14 71:24
checkpoint 19:11
chief 22:18 23:9,18 30:21
    52:10,24 62:20,20 63:24
children 7:11,13
choice 58:22
choosing 74:21
circumstances 33:13
citations 42:16
citizen 47:8
city 6:9 26:1,8
civilian 13:4,7 21:20 60:11
clarification 37:6 61:22
clarify 5:10 10:3
clear 79:23
clearance 29:14 53:18,20,24
clearing 11:11
client 17:16
close 66:15,17
clothes 13:4,5,7,7 21:20,20
    54:17,20 55:19,23 56:11
    58:17,19,21 60:10,11,13,15
    63:5,10,17,20,22,24
Coast 24:14 25:1 68:15,19,23
    69:2,14,16 70:6 71:17 72:19
coffee 37:19
cold 74:8
come 19:9,9 29:23 46:10
    68:11
coming 12:15,17 16:13 20:17
    36:14 49:2
commenced 72:22
commitment 9:17
COMMON 1:1
companies 50:24 51:4,7
company 7:23 8:1,2,12,13
    21:5,7 23:24 48:19 49:5
    57:7 60:19 69:20
compensation 56:22
complete 63:9,12 75:9,14,16

computer 13:4,7 66:3,10,10
computers 65:18
concern 55:4 78:8,8
concerned 55:5
concerning 4:12,22 27:15
    34:8 46:14 68:15,19,23
    69:17,18 70:7 77:22
conclude 25:21 76:12
concluded 81:2
conclusion 41:6 71:17
condition 25:7 57:3
conditions 26:6 38:5
confirm 34:3
confused 16:9
confusing 58:1
conjunction 65:7
considerable 29:9,10
considered 9:20 41:10 62:17
    62:21
consisted 13:6 69:12
construe 66:12
consume 14:22 37:20 72:12
    77:7
consumed 15:2 77:4
consuming 78:15
consumption 55:8 68:15,19
    69:3 73:9 77:18 78:9,10,11
    79:13 80:1
contact 14:7 16:15 17:22 18:9
    35:18 36:14 46:11 67:6
contacts 39:9,10,13
contained 82:5
content 30:20 70:16
contents 27:12
control 57:10,11 82:21
controversy 54:4
conversation 25:4 27:13,18
convicted 32:10,14 33:4 34:1
    35:6 40:23 78:22,24
conviction 34:9,12,14
convoluted 7:21
correct 8:6 12:23 16:1,23
    18:4,21 20:21 21:17,23,24
    24:2,17,23 25:3 28:24 34:5
    34:6 37:9 38:9,23 40:22
    46:12 49:24 50:7 51:20
    55:16 56:1,3,4,7,8,9 65:13
    74:12 76:19 82:8 83:7
CORRECTION 84:2
counsel 4:1 73:14,16,17,18
counseling 75:19
COUNTY 1:1
couple 72:14 73:21 76:1 77:1
    78:5
course 7:3 9:5 10:18 28:21
    29:2 35:11 41:3 54:22,24

62:10 73:21
court 1:1 5:2,3 8:14 56:6
coverage 44:23 45:3
covered 45:17
crane 11:12 13:22,23
cranes 17:5,6
Cressida 12:7
crew 58:2,6,7 62:1
CSR 82:17
cup 37:19
current 5:18
currently 7:5,15

D
D 3:1
damage 67:12
date 1:15 5:23 7:18 22:10
    23:17 30:8 33:8,10 34:1
    48:10 56:23 72:21 83:15
dated 83:6
dates 31:8
daughter 77:15
David 2:3 4:10 34:10
day 12:1 18:23 19:5,15 22:5
    37:17,17 38:5 46:24 47:3,4
    52:9,10 58:12
days 6:18 23:13,14,15,16,17
de 8:3
deceased 26:21 27:2
DECEMBER 1:2
decision 58:22
deemed 30:20
Defendant(s) 1:7 2:11
Define 52:22
defining 13:3 62:14 78:11
definitive 35:3
degree 6:19
Delaware 10:1
delay 54:5
Delta 46:3
denied 68:11
dent 14:3
deposed 4:15
deposition 1:12 4:17,19,24
    76:4,9,13 77:5 81:2 83:6
describe 10:22 13:18 31:20
    34:14 49:2 67:1
described 21:16 54:10
DESCRIPTION 3:16
details 28:4
determined 71:12,13,15
diagnostic 75:12
different 60:18 78:24 79:19
    80:12
dinner 15:4,5
direct 82:21

James Patrick Hannan

directing 33:23
direction 38:22
discipline 72:15
discovery 35:11
discuss 56:18
discussed 21:12 26:4 28:3
discussing 13:19 21:10 32:13
  35:7 46:9 56:11,16
discussion 25:4 26:1,11 42:3
  65:15
dissolved 8:13
distance 36:17
DIVIS 1:14 2:8
DIVISION 1:1
docked 11:2,4
doctor 39:16,20,22 74:2,5,6,9
  74:18,19,21
doctors 75:13
document 19:18
documentation 13:8 55:10
documents 43:6
doing 11:23 17:4 23:8 29:12
  38:2 41:22 42:5,12
domestic 77:13,14
done 15:19 28:22 61:6,8,11
  62:7 72:19
down 8:23 59:4 77:1,2
Dr 39:24 40:3 74:3,4,15 78:1
  78:3
drawn 65:9,10
drink 77:11
drinking 76:23
drive 54:8 61:5 67:20 70:8
driven 16:5 40:17 61:16
driver 14:18 80:5
driver's 32:17,20 40:21 67:10
driving 11:10 12:5,12,14,18
  12:22 13:21 16:2 20:23
  21:13,23 32:2,10,14,18,21
  32:24 33:5 34:1,3 35:6
  38:20,22 53:4 57:9 78:22
  80:14,14
drop 21:15,16
dropped 21:19,21 22:6
dropping 22:16
drove 16:11 49:22 67:19
drug 28:5 75:20
drugs 5:12 14:20 24:7 76:17
due 71:21,22 79:13 80:1
duffel 60:3
duly 4:8
during 54:21 72:24 77:8
duties 9:4,7,12 23:22,24 24:3
  53:3,6
duty 26:22,23 55:19

**E**

E 2:1,1 3:1 82:1
each 14:7 49:1
ear 40:14
earlier 51:17 65:12
easier 15:12,19
educated 43:20
education 6:23
educational 6:2
effect 44:4
efficiently 61:4
eight 22:19 23:5 49:9
either 32:4 40:8,10,14 41:24
  45:17 46:20 50:8 62:1 79:2
  79:2
emergency 62:22
employed 7:15,17 9:6 11:17
  11:19,21 23:18 27:23 42:9
  51:14 60:22 62:12 71:23
  73:1
employee 20:15 41:2 68:11
  74:20
employees 20:13
employee's 28:19 59:7,18
employer 7:20 12:1,4 19:19
  20:24 26:15,23 27:5 35:21
  36:8 47:6,9,15 48:2 52:17
  53:9,15 57:6,11 62:21 64:19
  64:24 65:13,18,21,24 66:5
  66:11 69:8,9,13 72:16
employer's 41:20,23 42:6
  55:6,16
employment 7:18 8:15,17 9:5
  9:20 10:8,18 29:3 41:4,17
  46:22 51:11 53:2,6 54:18,22
  55:1 57:3 62:10,14 74:16,22
employment-related 22:7
en 41:17
Encompass 44:11
end 11:1,2 19:6 59:11
engineer 9:7,7 22:18 23:9,18
  27:20 30:21 52:10,24 62:20
  62:20 64:1
engineering 6:14,21
engineers 30:24 57:22,23 62:1
  72:9
engineer's 32:23 33:2 72:2
enough 49:21
enter 18:19,24 19:19
entire 29:2
entity 41:3
episodic 74:6,7
equipment 21:17 22:1 61:2
  62:2,7 66:1
errand 41:18
Errata 83:10 84:1

escapes 27:1,11 29:8
ESQUIRE 2:3,8
estimate 15:22
Evans 27:8,13 28:7
even 34:14
evening 30:16
events 28:21
ever 4:15,23 7:7 8:5 31:2 32:3
  32:9,14,17,20,23 33:2,4
  35:5,17 40:8,10,23 50:16,19
  57:6 62:19,20 64:19 68:3
  70:21 72:15 73:5,8,23 74:17
  74:20 75:19 77:21 78:23
  79:11,24 80:4,8,17
every 39:21 49:1 75:9
everything 25:13 27:16 56:7
evidence 82:5
exact 27:1 29:7
exactly 10:2 23:7 26:10 39:18
  66:2
examination 75:5
examinations 74:17,24
examined 4:8 74:21
example 34:20
examples 54:13
except 4:3 83:9
excess 7:23 44:18 78:9,10,11
excused 81:1
exhibits 3:14,17
existed 10:7
exists 14:11
explain 7:22 9:2 30:16 52:1
Exposure 78:7
extended 60:21
extent 25:9
eye 39:16,20,22 40:8,11

**F**

F 82:1
facilitate 12:20,24 62:23
facsimile 48:8
fact 4:18 71:2
failed 30:19
fair 40:20 43:7 49:21 50:5
  53:21 60:2 80:16
faith 73:20
fallen 38:13
familiar 10:15
family 74:2,5
far 8:19
fault 71:21,22
Fax 1:24
February 4:13,21 10:12 18:16
  23:11,13 30:8 31:1 33:10
  34:2 35:16,20 36:3,9,13
  37:10,14 38:3 40:17 45:16

46:15 49:23 51:6,12,15,19
  52:14,16,19 53:2,11 54:2,6
  57:2,23 58:9 67:16 68:16,20
  69:4 70:11 71:3 79:6,13
  80:2,6,9,16
federal 5:3
feel 63:16
feet 36:19
felony 40:23
felt 43:24
fender 14:4
few 8:2 38:15 74:10
filed 10:5
fine 2:3,3 3:6 4:9,10 5:5 15:21
  17:12,13,17,19 18:21,22
  20:11,22 21:6 22:15 27:17
  33:17,21,22 34:7,18,21 35:1
  35:4,9,15 36:2,7 41:13 42:4
  42:11 43:22 46:21 52:4
  57:21 65:3,11,19 66:21
  75:22 76:1,3 79:5,22 80:22
fingers 15:20
finish 15:13
first 16:15 29:23 30:1,9 36:18
  38:2 42:10 74:13
five 6:17,17,18 14:9,16 23:13
  23:14,15,16,17 30:4 51:21
  52:6,8 77:6
Florida 45:11 47:14,16
follows 4:8
follow-up 6:22
food 37:20
foot 59:5,14
foregoing 82:7,19 83:6
forget 25:24
form 4:3 17:9 19:12 20:8,19
  21:2 42:8 51:23 65:1
forth 23:11 39:2
Forty-five 16:16
found 24:24
four 24:20,21 36:19 42:24
  43:2 71:14 77:6
frame 51:5
FRANK 2:8
freed 65:22
Friday 1:10 82:7 83:6
from 6:5,7 7:11 10:22 12:15
  12:17 19:19 20:14 23:2,11
  25:24 26:14 27:4 29:7,14
  36:17 46:23 48:18 49:5,21
  49:22 50:8,14,15 51:2 52:5
  53:20,24 54:14 56:23 61:15
  61:15 63:20 65:9 79:6 80:11
front 14:3,4 20:16,16 67:8
  68:18,23
fuel 55:8 65:8

James Patrick Hannan

full 5:15 77:12
fully 82:5
functions 77:23 78:4
further 35:11 41:23
furtherance 55:15

### G

G 1:22
gain 18:17 19:4
gainful 41:17
gangway 11:12 13:22 59:4,5
    59:13,14,15
gas 49:10,14 50:5,10,16,19,20
    51:9,9
gate 19:6 54:14
gave 64:10
gear 12:20,24 13:3,3,6 21:18
    21:19 53:19 54:10 56:10
    58:15 59:1,5,8,10,12,21
    60:2 61:1,2,9,17,19 62:2,4,7
generally 9:16
generate 55:7
Gently 36:16
Georgia 32:2 36:1
GEROLAMO 1:14 2:8,8 5:1
    15:10,16,18 17:9,15 18:19
    20:8,19 21:2 22:13 33:14,19
    34:10,13,19,23 35:14,23
    36:5 41:5,9 42:1,8 43:21
    46:16,20 51:23 57:19 65:1,6
    66:18 79:3,18
getting 12:20,24 61:9
girlfriend's 77:15
give 9:15 20:6,17 25:12 34:10
    34:16,19,20 35:2 43:20
    54:13
given 46:13 83:8
giving 20:2
glasses 39:7,8 64:3,6,8,10,11
gloves 64:2,6,13
go 6:13 9:3 11:8 20:9,20 21:3
    22:14 42:1,23 50:20 52:1
    58:4 63:11 67:18 73:19 74:8
    75:23
going 4:19 5:6 10:8 11:24
    20:16 22:14,18,21 23:1,4,8
    25:13 27:16 33:19 35:10
    36:12 51:21 53:16 75:22
    77:19 79:21
gone 8:2
good 60:1 73:20
gotten 47:3 53:20,24 54:9,10
grade 9:13
graduate 6:5,7
gray 38:7,8
ground 67:3

groups 73:22
guard 19:8,22 20:2,6,16,16
    25:2 68:15,19,23 69:2,14,16
    70:6 71:17 72:20
Guard's 24:14
guess 5:7 14:24 43:20,23 65:9
guessing 43:21

### H

Haddon 1:22
hall 48:13,15
hands 25:24 44:10 67:9
Hannan 1:6,12 3:4,14 4:6,10
    5:15,17 76:4
Hannay 26:18 27:13
Hannay's 26:22
HANNON 83:3,18
Hanover 4:7 5:19
happened 8:11 28:13 34:17
    58:24 59:3
harm 14:2
having 4:7 13:23 15:2 33:24
    70:21
head 25:23 67:10 70:2
heading 23:2
headquarters 9:22
hear 56:6 77:17
hearing 40:14 68:14,18,22
    69:1 71:17 73:18
held 1:13 42:3 65:15
help 25:8 59:17 62:23
hepatitis 78:7
her 15:13,19,20 30:11,12
high 6:3,5,7,8
him 15:13 16:15 17:7,8,14,16
    17:20 18:3 20:2 25:7,10,12
    25:21 33:20 34:15 35:12
    38:2 41:5,10 42:10 74:5,8
himself 41:10
hired 9:3
history 70:12 77:18
hit 31:22 32:1 35:24,24 67:8,9
    73:22 80:15
HOLDINGS 1:6
home 7:2 15:7,8 37:14,16
    45:12 46:23 53:1 56:23
    77:12
hood 67:12
horsepower 65:17
hour 14:9,14,16 42:21,22
    43:7
hours 6:18 13:12 14:24 15:3
    24:20,21 42:24 43:2 51:11
Humacao 11:7 13:11 21:10
    21:14 22:10,17 23:18 29:6,8
    29:13,15,23 30:1,9,13 43:8

58:3,3 63:5 67:16,24 68:4,8
    68:12 70:1
hundred 16:7,11
H-A-N-N-A-Y 26:21
H-U-M-A-C-A-O 11:7

### I

identification 19:13
identified 79:3
immediately 16:20,22 18:5
    21:9 38:20 42:7,13 75:7
impair 5:12 76:18
impairment 39:5 40:14
implicit 57:19
important 15:12
Inc 1:6 8:5,6,8 10:4 12:2 24:1
    24:4 27:10,19,23 30:22
    42:13 46:13 50:10,16 51:2,8
    53:20 54:1,18,22 55:1 57:14
    61:15 62:17 63:5 64:17
    68:10 69:9,10 73:1,6 74:20
incident 29:7 72:17 79:4
incidents 35:23
include 53:3,6
including 45:22 68:14
increased 9:13
indicated 48:8
Indicating 29:11 31:19
individual 25:5 37:7
individuals 58:14 60:23,24
    61:5
Industry 58:19
inference 65:9
influence 5:11 14:20 32:10,15
    32:18,21,24 33:5 34:1,4
    35:7 76:17 78:23
information 33:24
inhibit 76:15
Initially 8:3
initiated 69:19
injured 25:17,19,20,22
injuries 56:15,19
injury 44:23 45:3
innocent 71:23
inshore 11:5 13:22 17:5,6
inside 80:17
instructed 63:4
instructions 46:14
insurance 44:5,6,8,12,18,19
    45:4
intended 61:8
intensive 77:16
investigation 69:5,7,12 70:6,9
    70:10,14,20 71:1 72:1,19,24
involve 70:12
involved 24:6 26:5 31:2,5

37:7 46:5,10 69:2 79:12,24
Island 6:10
isolated 38:15
issued 42:16 43:2
issues 4:22
items 54:21 56:10 58:21 60:5
    60:16,20 63:13 67:23

### J

Jacksonville 47:13,16
James 1:6,12 3:4 4:6 5:17
    83:3,18
Jersey 1:18,23 9:23
Jim 65:2 66:19 69:22,23 70:3
Jimmy 5:2 15:10 17:10 52:1
job 9:4,12 41:11 63:9
jobs 8:23
Joseph 26:18,19
journey 22:9 50:20 58:4,12
    63:10
Jr 1:2 2:13
Juan 9:24 23:3
June 1:10 82:7 83:6
just 5:15 9:15 11:5 15:17
    18:13 19:9 25:7 27:17 28:20
    34:24 37:6 48:5 56:5 58:17
    61:22 64:12 68:23 75:22
    76:1 77:15 78:20 80:13

### K

keep 7:3
keeps 79:18
knelt 25:7
knew 48:5
know 4:17 5:8 13:13 15:18,18
    17:23 18:1 19:15 21:16
    22:20 26:19 28:10 29:9
    30:15 31:11,13,16 35:22
    41:11 43:17,18,19 47:9,15
    48:2,7,11,12 58:7,20 60:3,4
    60:23 65:4 67:9 68:13 69:21
    70:10 72:4,23 74:13 75:11
knowledge 32:5,7 35:2 36:11
    42:15 53:9,13 68:5,9 69:24
    80:10,11 83:9
known 8:7

### L

lady 15:11
laid 67:3
lap 13:4,6 21:20 54:17,20,24
    55:2,6,11,13,15,22 56:11
    60:4,7 63:4,9 64:22,23
    65:13,17,24
last 7:17,18 13:23 14:22 26:19
    39:15 75:16
lastly

80:4
later 13:12 51:7
launched 69:5,6 70:6
LAW 1:1,13
lawyers 15:11
least 31:16
leave 6:19 29:1,16 30:12,17
    43:10 60:20 73:4,5
leaving 16:13 37:14
left 14:3,4,4 16:24 30:7,9
    36:19 37:16 44:3 59:9 67:8
leg 13:23
legal 41:6 69:15 71:7,15 78:17
less 31:13
let 15:13 19:15 34:15 35:5
letter 48:13,17,18
levied 72:15
Levittown 6:8
LEWBART 1:14 2:8
Lewis 2:9
license 6:21 32:17,20,23 33:2
    39:2 40:21 69:16,17,18 72:2
    82:14
life 65:16,20
Light 40:4
like 5:1
limbo 12:4
limit 14:11 24:12,13,15 25:1
    70:21 71:2,4,15
limited 71:1
limiting 61:13
limits 44:23 45:3 71:7
line 8:8 84:2
listening 18:6
little 6:1 9:15 16:9 25:12 56:6
    67:4 77:24
liver 77:22,23 78:4
living 45:7
load 61:19,20
located 40:3 74:11
Locust 77:1
long 6:10 16:14 22:9 24:18
    29:5 42:19 49:7 60:15 74:9
    75:8 77:14 78:15
longer 8:11 10:7
longest 9:23
looking 10:8,9 16:20,24 29:22
lost 32:17,23 33:2
lot 15:12,19 59:7,19 65:17
    79:20
lowly 56:6
lunchtime 77:8

— — — — — M — — — — —

machinery 9:8
made 20:2 53:15 65:16 73:13

77:10
Mailing 5:19
main 70:8
maintain 9:8
major 78:8,8
make 11:13 13:23 20:4,5
    33:21 65:20
makes 14:15 25:20,21
making 36:21,24 37:2 65:20
management 27:11,12 69:13
mandated 24:14
mandatory 75:4
manner 52:23 62:4 69:2
manpower 62:22
many 6:16 7:9 8:23 10:19
    16:2,5 31:5 37:17 40:16
    45:20 47:5 58:2,7 61:11,16
Marc 74:14,15
March 23:12,14
marginal 34:15
Marie 1:3 4:11
Marine 6:14 72:9
marked 3:17
marriage 7:11
married 7:5,7,9
Maryland 4:7 5:20 6:15
    12:17 40:4 45:23 47:10,11
    47:18,21,24 48:3 49:22
matter 82:7
Matthew 1:2 2:13 4:11 5:17
may 7:19,20 10:4 20:12 34:18
    34:18 35:10
McNULTY 1:14 2:8
mean 11:21 18:19 35:9 41:9
    65:6 73:3
meaning 74:7
means 66:18 82:21
meet 50:17
meeting 76:7
meetings 73:22
members 58:2,6,7 62:1
Memorial 6:8
midnight 30:5,6,7,10 67:16
midst 56:12
mile 50:2
mileage 50:11,19 51:9
miles 14:9,13,16 40:16,19
military 13:13
minor 31:7
minute 16:16,18 17:3,7,20
    18:2
minutes 19:2
mirror 14:5,5 67:10
missed 36:6
mission 41:18
moaning 67:4

monitoring 65:8
months 6:17 9:19 39:21
more 31:13 36:3 49:20 65:17
    65:21,22,23 76:1 78:12,20
morning 49:23
most 7:2 9:21 15:11
Mostly 39:11
motionless 67:3
motions 73:10,12
motor 16:2,5 18:6,24 28:13
    28:18 31:2 46:15 53:3 57:4
    79:24 80:5
move 28:16,17,18 29:17 43:9
    59:18
moved 28:19
movements 10:1
much 10:17 13:5 60:2,5 77:4
music 18:6
must 36:5
myself 12:9 44:17 48:19 49:6
    65:22
M-A-R-C 74:14

— — — — — N — — — — —

N 2:1 3:1 82:1
name 4:10 5:16 8:7 11:6
    26:20 39:22 47:22 74:13
named 46:4
names 43:11
Navieres 8:3,8 9:4
near 11:4 67:3
necessary 30:20 57:14 59:20
need 5:9 48:11 63:16
needed 20:17 48:22 62:22
needs 63:18
Neither 41:9
never 46:10 51:8 52:12 58:23
    78:21 79:8,9,10,16 80:15
new 13:23 6:10,10 9:23 49:2
    63:18,18,18
next 22:19 52:9
night 15:5
nobody 12:3,10,11
none 7:14 8:19,21,21,22
    38:11 51:13 56:17 78:12
Noon 13:17
noontime 11:11
normal 20:14 28:21 60:23
normally 54:21
north 11:10 13:21 17:5,6 18:3
    38:4
northwest 59:11
Notary 1:17
note 33:21
noted 77:23 82:5 83:10
notes 75:23 82:6

nothing 37:3 70:13
notice 1:13 20:2,7
NPR 8:5,6,8 9:4 10:4,19 12:2
    20:13,15 24:1,3 27:10,19,23
    30:22 42:13 46:13 50:10,16
    51:2,8 53:20,24 54:18,22
    55:1 57:14 61:15 62:17 63:5
    64:17 68:10 69:9,10 73:1,6
    74:16,20
number 20:10 54:12 60:17
    65:8 72:4 75:13

— — — — — O — — — — —

O 82:1
Oakes 1:22
oath 5:2,4 78:21
object 33:17
Objection 17:9 20:8,19 21:2
    42:8 51:23 65:1
objections 4:3 82:5
obstruction 38:17
occasionally 7:2 63:19
occasions 28:22
occur 13:16 24:8
occurred 4:13,21 10:11,24
    11:9 13:20 16:18 17:21 24:9
    25:15 28:6,14 29:5,13,24
    30:17 33:7 40:18 42:20
    43:15,16,17,18,19 52:13
    58:23 59:2 67:2
off 21:15,16,20,21 22:6,16
    29:17,23 30:1 42:1,3 65:15
    67:15 75:23
office 59:18
OFFICES 1:13
official 55:19 63:23,23
often 9:16,17 44:10 72:12
oh 13:4 30:6 69:14
okay 16:14 19:12 21:19 32:8
    33:21 35:14 36:5 43:4 44:2
    51:1 52:17 58:18 59:16
    74:15 75:2
old 5:21 78:13
Oldsmobile 46:3
once 7:10 29:19,19 58:1 75:10
    75:14,15
one 9:23 11:19,21 16:16,18
    17:3 25:24,24 30:24 31:6,7
    31:16,17,22 32:1 35:23
    37:19 58:5 60:8,9 63:18
    66:12 67:9 70:5 74:23 78:20
    79:4
only 13:6 43:20 70:10
onto 12:20,24 18:19 19:13,15
    19:19 20:18 22:17 28:23
    38:13 41:1,14 42:23 53:19

— · · —

James Patrick Hannan

53:21 54:1,1,5,8,11 56:12
59:21 61:1,2,9 62:2,7
on-board 8:19
operate 9:8
operations 70:2
opinion 79:11,23
opposed 20:24 65:24
options 47:5
optometrist 39:16,20,23
Oral 1:12
order 8:14 47:7
ordered 74:18
orders 46:13 55:7
original 30:15
other 14:7 22:1 27:4,18 32:8
37:20 44:14,18 45:15,16,18
50:24 51:4,7 52:10 57:22
58:20 60:5,15,23,24 61:5,24
62:1 66:18,22 70:12,22
out 53:23 59:8,10,12 62:24
outside 28:20
over 25:7 29:22
overlap 66:8
overtime 55:8
own 19:10 53:7,10 57:3 62:3
64:8 79:11,23
owned 12:8 20:24
owner 45:24 46:4
owns 47:23
o'clock 30:4 37:15 51:22 52:6
52:8 71:14

_____ P _____

P 2:1,1
Packer 10:11,15,20,23 12:18
14:11 15:23 18:17 19:1,4
49:22 53:11,17 58:8
PAGE 3:3,16 83:1 84:2
paid 49:10 50:10,16 51:9,22
52:7,10,14,15 55:11
paperwork 19:18 29:22 43:6
parameters 9:8
parked 31:23 35:24 59:6
parking 28:19 59:7,18
part 9:21 57:2 67:5,6,8 72:6,8
pass 19:19 73:20
passed 13:23 19:11
passenger 37:23
passing 45:9
past 39:8
Patrick 1:6,12 3:4 4:6 5:17
83:3,18
pattern 34:21
pay 50:19 52:9 64:19
payment 49:13
payroll 11:22 55:9 62:15

pedestrian 11:14,15 14:1
35:18 46:11 80:5,8,15,17
Pennsylvania 1:9 2:4,10
people 20:10 58:20 61:24 62:1
62:5,6
pep 25:12
per 14:13,16
performed 28:8,9,10,11 40:10
perhaps 25:8 61:7 78:9
period 49:4 52:13 74:16
periods 40:1
peripherally 16:24
permission 29:1 68:7
permit 19:9
permitted 29:20 53:22 63:8
63:14
person 15:12 32:4 41:2 69:21
personal 20:23 22:6 44:12
53:7,10 55:2,5 57:4,13
60:15 61:17 62:3 64:8,11,20
66:6 77:19
personally 68:21
Philadelphia 1:1,9 2:4,10
10:12 23:3 26:2,9 49:23
61:13 68:3,7,11
phone 20:1
physical 56:17 74:24 75:5,9
75:11,14,16
physicals 74:17
pier 11:9,10,23 15:23 16:3,6,8
16:10,11,13,13 18:3 19:15
19:24 20:17,18 26:12,13
28:23 38:12,14 41:1,14,16
41:16 46:23 47:3,3 49:22
53:11,21,22 54:1,2,5,9 58:8
58:12
place 9:20 68:23
placed 59:13
places 37:18
Plaintiff(s) 1:4 2:5
plan 30:15 65:7
plate 77:12
PLEAS 1:1
please 18:18 30:16 31:20
32:11 45:1 52:3 68:17
plus 6:17 16:7 24:20
point 9:23 11:13 24:24 58:5
74:23
police 26:2,9 28:16,17 29:14
43:9 68:3,7
Police's 68:11
policies 44:14,19
policy 44:5,24 45:4,17
popped 77:15
Port 27:20
position 67:4

possible 33:15 61:4
possibly 34:16 41:11 58:13
post 79:4
post-incident 33:15
potential 57:11
Pozner 74:3,4,15 78:1,3
practice 60:20 61:24
practicing 40:5
precipitation 38:10,13
preliminary 4:14
preparation 28:23
preparing 58:3,4,24 63:11
64:22 67:24
PRESENT 2:13
presupposes 22:13
pretty 13:5 75:3 77:12
prevent 5:12
previous 52:24
prior 14:22 16:20,22 18:5
19:2 21:9 22:5,17 23:16
28:22 29:12 30:7,9 31:1,6
35:16,20,21 36:3,9,13 38:20
39:16 42:7,14 46:9 47:10,16
47:18 48:4,5,9 49:8,11
52:10 53:24 63:6 67:16
72:16 73:24 74:24 75:5,7,17
75:18 79:12 80:1,5,8,16
priors 34:23
probably 37:19 59:17,23
problem 77:22
problems 77:13,14,19
procedure 20:1 24:6 48:24
49:1
procedures 73:10,12
proceeded 13:23
proceedings 82:4
process 59:10
productive 65:21
professional 1:18 52:21,22
program 75:13
property 18:20 45:14 47:22
47:23
propounded 83:8
prosecuted 32:9,14 35:6
78:22,24
protocol 20:15 60:24
provided 66:1
psyche 15:20
Public 1:17
puddles 38:15
Puerto 8:3 9:24 23:3
purchase 55:7
purpose 21:13,22 22:16 46:14
50:16 66:9
purposes 19:23 37:6 66:4,6
74:21

pursuant 1:13 25:1
pursuing 71:18
put 14:3 34:7 35:10 50:5 59:5
73:4,5
p.m 13:15 51:18 52:18 81:2

_____ Q _____

quantity 77:7
question 15:13 17:10,12,18
22:11 33:18 34:8,16 35:5,13
36:8 41:8,12 42:10 46:17
49:16,17 52:5,7 57:17 58:1
65:2 70:24 76:14,16 78:20
79:17
questionable 73:2,3
questions 4:3,14,20,24 5:6
76:2 83:8
quick 76:2
quickly 25:8
Quite 74:10

_____ R _____

R 2:1 82:1
Race 2:4
ran 18:11 43:24
rather 25:8
read 83:5
reading 39:11
ready 57:24
reason 10:3 19:14 48:22 78:3
reasons 78:5
reassuring 27:14,15,16
recall 10:12 18:15 26:4,8,17
28:8 29:20 31:5 37:10,13
38:5,12 40:16 44:8 45:5
49:7 54:4 63:21 75:16 76:4
76:7,9,12,23 77:4
receive 56:22
recently 8:24 38:13
Recess 75:24
recollect 14:15
recollection 10:22 16:19
23:10 26:7 28:3 31:21 44:22
45:2 51:8 77:10 83:9
recommended 73:14,16,19
record 5:16 34:7 35:10 42:2,3
56:5 65:15 75:23
referred 8:5
referring 15:8 51:4,5
reflect 56:5
regard 69:3 70:11
regarding 26:6,9 76:15
regardless 15:10
regards 69:16
registered 1:18 9:22 45:21,23
46:6

_____

James Patrick Hannan

regular 39:19
regulations 25:2
rehabilitation 75:20
reimbursed 49:13 55:13
reiterate 78:20
rejoining 74:24
related 4:20
relation 32:8,12 59:1
relationship 68:20
relaxed 75:3
relevance 33:14,16
relevancy 33:18
relevant 34:17 35:10,12
relieved 23:22,24 24:3
remain 42:19
remained 9:12 42:22
remember 11:6 15:1,2 18:2
  23:12 27:12 28:11 31:12
rendering 41:19
rental 32:2
repeat 5:9 18:18 45:1 52:3
replacement 30:22
report 26:10
reporter 1:17,19 5:2 56:6
  82:22
representative 26:14 27:19
representatives 27:4
reproduction 82:20
request 28:5
require 47:6
required 11:24 49:4 51:18
  52:18 66:2 73:13
requirement 46:22 52:20
  54:16,19 55:18 58:15 71:10
  74:15,23 75:3
reserve 34:8
reserved 4:4
reside 45:11
resided 47:13
residence 45:10,12
residing 47:10,11,12,13,15
response 18:15 60:2
responsibility 9:14
rest 37:19,21 60:13
Restate 32:11 68:17
restrictions 39:2
result 24:12 42:16 56:15,19
  67:13 68:16 72:1
results 24:10
return 11:24 30:14,16,18
  48:19,21 49:6
returning 48:5
return-to-work 48:10,13,17
  48:18,22 49:5
review 75:22
reviewing 43:5

revoked 72:2
Richard 27:8 28:7
Rico 8:3 9:24 23:3
right 10:9 13:2 15:16 17:1
  21:12 25:13 28:15 34:8 35:9
  35:12 37:5 46:7 51:3,10,16
  56:2 67:17 68:11 75:15 77:1
  77:16
right-hand 11:13 13:24 36:21
  36:24 37:2
rigid 52:20
Robin 1:16 82:13
Rogers 27:22,23 28:3
role 27:10 34:15
room 15:12
roughly 9:19 11:1,12 13:17
  14:24 24:20 39:21 40:19
  42:21 51:6 58:5 75:9
route 22:20 41:17
RPR 82:13
run 18:14
running 17:24

_____
S
_____
s 2:1 57:14
safety 64:2,3,5,6,6,8,10,11
sailing 30:2,4
sale 30:20
sales 8:3
same 26:7 61:24 72:5 82:8,21
  83:7
San 9:24 23:3
saw 16:17 17:2,6,14,20 18:3
  25:21 36:23 38:2
saying 36:22 52:12
scene 29:16 42:19,22 43:10,14
schedule 23:11
scheduled 11:24 39:19 76:5
school 6:3,3,5,7,8,11,13,14
  7:3
schools 6:4
scope 41:3
score 61:22,23
Scores 61:21
sea 22:14
sealing 4:2
second 42:2 45:12,24 46:2
seconds 16:16,17 17:3,7,20
  18:2
secure 53:18
secured 59:17,24
security 19:11 72:5
see 16:15 25:7 39:7 74:8
seen 39:16
semantics 79:21
send 48:12,13,15

series 4:20
service 41:19 64:19
set 23:11 39:2
setting 4:24
several 79:19
Sheet 83:10 84:1
shifted 9:24,24
Shinners 69:22,23 70:4
ship 7:18 8:19 9:22 11:2,4,5,6
  11:11 12:20,22 13:1 21:23
  22:2,7,14,18,20,24 23:5,8
  28:12,23 29:3 30:18 42:24
  43:5 50:17,20 51:18,21 52:6
  52:8 53:19,19 54:11,15
  55:20,24 56:12 57:23,24
  58:6,16,21 59:21 60:21,22
  61:1,3,6,9,17 62:3,4,7 64:1
  66:10 71:3,5,7 74:17 75:6
Shipboard 74:19
shipping 50:24 51:4
ships 8:14
shoes 63:19 64:2,5
Shorthand 1:17
shortly 30:1,3 72:21 73:10
shoulder 60:8,9 67:23
show 19:12 52:23 73:20
showing 52:11
side 14:4 36:19 44:3 67:10
side-view 14:5 67:9
SIGNATURE 83:1,15
similar 9:12,13
simpler 65:17,20
simply 59:4
since 6:23 8:10,15,17 30:11
  30:12,19 60:17,18 78:17
sir 5:18 42:5 72:4,10 74:2
situation 4:23
six 9:19 22:19 23:5 36:19
  39:21 49:9
skills 7:4
Slightly 38:7,8
Social 72:5
socks 63:18
sold 7:24 8:14 10:6
solely 71:1
some 4:14,21 8:18 20:2 21:15
  21:16 25:23,24 29:22 34:4
  34:21 43:5 55:2 59:17,24
  62:5 66:9 69:15 73:19,22
  75:23 78:7
somebody 69:13,20
something 5:8,9,10 34:16,17
  53:23 67:11
somewhat 78:4
sorry 15:15 48:14 49:19 66:7
  66:16 73:15 77:17 79:6

sort 19:8,18 34:21 54:16
  56:22 58:14 63:23 68:18,22
  69:15 73:4,19,21,22,23
  75:19 77:19
sorts 60:5
sought 8:15,21
south 1:14 2:9 4:6 5:19 19:6
southern 11:1,2
speak 26:14 27:4
specific 13:19 22:10,23,24
  23:2 47:7 49:18,20 50:8
specifically 15:2
speed 14:8,11
spell 26:19
spend 6:16
spoke 26:17
SS 11:7 23:18
standard 24:5 48:24 49:1
  58:17,19
start 52:9
started 11:13 29:22 60:18
  72:21
starting 9:2
state 1:18 5:15
stated 19:14 21:19,22 66:3
statement 4:18
stateroom 28:12 59:24
stating 48:9
station 12:7
STAUD 2:3
stayed 28:15
staying 47:23 48:3
stenographic 82:6
still 12:2 17:8 40:5 43:18 73:1
stop 37:18,19,21
stopped 10:4 28:15
stouts 77:6
stowed 60:14,16
Street 1:15 2:4,9 4:7 5:19
  40:4 77:1
struck 11:14,15 14:1 17:8,16
  17:16 32:3 67:10 80:4,8,18
study 7:2 73:21
subsequently 27:2
suitcases 60:4
Suite 1:15,22 2:9
sums 13:5
supervision 82:22
supine 67:4
supplied 64:3,4,12,14,16
  65:18
supposed 13:10 22:24 52:6
  63:24
sure 16:4 46:18 49:15 67:8
  79:16 80:15
surgery 40:10

James Patrick Hannan

surrounding 4:21
suspended 32:21 72:2
sustain 56:15
sustained 56:19
sworn 4:8
S-H-I-N-N-E-R-S 70:4

_____ T _____

T 82:1,1
take 7:3 67:24
taken 1:13 28:22 59:8,12
    68:22 82:6
taking 56:12 59:10
talk 25:13
talking 50:9 60:3 79:6
tangential 34:15
tasks 63:12
taverns 77:2
technical 6:4,22
telephone 1:23 53:15
telephoned 53:14
tell 5:8 6:1 7:1 31:8,10,11
    33:7,13 39:10,15 43:14
    53:16 58:23 67:5 71:6 73:3
telling 49:21
ten 14:9,16 31:17 37:15
TERM 1:2
terminal 10:11,16,20,23 11:2
    11:3 12:19 13:21 14:11
    18:17,20 19:1,5,7,13,14,20
    28:20 29:17 59:11 61:14,15
terms 61:9
test 24:6,8,9,11 30:20 43:3
tested 24:18,22
testified 4:8 15:22 36:2 45:6
    46:8 65:6,12 67:15
testify 5:13 76:18
testifying 52:17
testimony 78:21
testing 28:6,8,10,11
Thank 80:22
their 51:21 58:21,21,22,22
    61:2,2,5 62:3,4 74:21
thereto 42:7,14
thing 34:13 64:16 73:22
things 65:8,23 79:1
think 5:1 25:12 59:13,23
    67:15,22
third 9:6
Thomas 1:22
thought 51:1 64:12
three 6:17 19:2
through 8:2 9:11 19:6,11
    23:12 35:11 45:9 73:10,19
    75:12,17
throughout 9:5 10:18

time 4:4 7:17 8:18,19 9:17,23
    11:17,19 12:4,5,12,15,19,21
    13:10,14,14,16 14:6,16,19
    17:22 18:9,16,23 19:20
    20:13,24 21:14 22:24 23:2
    24:24 26:23 27:24 28:1 29:7
    29:10 30:2,4,9,13 34:4
    36:14 37:11,13,16,17,24
    38:6,10,16 39:1,4,12,15
    40:7,13,20 41:19,22 42:6,9
    42:13 43:5 44:4,6,9,10,15
    44:20,24 45:4,7 50:8,10,15
    51:5 52:13 53:4 54:1,17
    55:24 56:12,23 57:10,13,23
    57:24 58:5 60:6,21 62:9,13
    62:16 63:2,17 64:17,23
    65:22 66:13 67:6,24 70:17
    70:18,18,22 71:23 72:24
    74:16 78:7
timely 52:23
times 7:9 10:19 15:24 16:2,5,7
    16:10,11 61:11,16,21 72:14
Tired 25:16
title 27:1,10,11
today 5:7,13 46:9 51:17 78:21
told 20:16 26:8 34:24 55:22
    69:8 78:1,3
tolerance 24:14
Tom 27:22,23
tools 21:15,17 22:1,7,17 54:9
    58:15 61:1
top 13:4,6 21:20 54:17,20,24
    55:2,6,11,13,15,23 56:11
    59:14 60:4,7 63:4,10 64:22
    64:23 65:13,17,24
total 45:22 77:6
toward 12:22 21:14,23
towards 13:24
Tower 2:9
town 6:9
Toyota 12:7 45:22
trade 6:3,11,13
training 6:23
transcript 82:8,20 83:7
transpired 10:2
transport 58:21
transportation 53:1
transporting 55:24
travel 56:23
traveling 14:16 50:17,20
treated 73:8 77:21
treatment 73:23
trial 4:4
trip 30:23 49:2 50:2,6,8,14,15
    50:21 61:1,18
trips 50:9

truck 32:1 35:24
true 83:7
try 79:23
trying 25:12 62:2 69:13
turn 10:10 11:13 13:24 36:21
    37:1,2
turned 8:23
two 19:2 31:7,22 35:23 36:1,3
    45:22 47:24 48:3 78:24
type 46:2
types 55:19

_____ U _____

unclear 47:20
under 5:1,4,11 8:14 14:19
    32:10,15,18,21,24 33:5 34:1
    34:3 35:6 44:23 45:3,17
    57:10 76:17 78:21,22 82:21
undergo 28:5
understand 17:11 22:11
    38:18 41:7,24 46:16 49:16
    49:17 57:17 62:18 65:2 69:1
    70:24 79:16
understanding 9:16 14:8,10
    14:13 18:8,11 20:14 22:12
    22:23 24:10 27:9 28:2 30:17
    41:15 44:22 45:2 52:5,21,22
    54:3 63:1 68:6,10 69:11
    70:5 71:16 80:11
understood 29:4 41:21 64:2
underwear 63:18
unemployed 62:11
uniform 63:23
union 8:19 12:3 48:13,15,19
    49:6 72:6,8 75:12,17
unknown 10:2
unless 82:21
unload 61:17
until 4:4 28:15 52:15
unusual 62:6 77:7
updated 7:4
upgrading 7:3
use 53:3,6 54:21 55:2,3,4,5
    57:3,6,13 64:15 65:7 66:3
    66:10 75:20
used 30:24 49:10 54:21 55:6
    55:15 65:7,12 66:9
using 53:10 65:24
usual 60:20
utilize 46:23 54:24 61:24 62:3
utilized 47:2
utilizing 22:2
U.S 47:8

_____ V _____

vacation 8:18 23:17 49:4,7

vague 10:1
valid 40:21
Vance 1:16 82:13
varied 22:22
various 6:3
vehicle 12:5,18,22 14:1,2,6
    16:2,5,14 17:21 18:6,9,12
    18:14,24 20:23,24 21:5,7,13
    28:13,18,23 29:2,17 31:2
    32:2,4 35:17 37:23 41:1,14
    43:10 44:15,17,19 45:24
    46:2,2,4,5,15 51:9 53:3,7,10
    53:19 54:8 57:4,7,9,13 59:1
    61:17 67:6 79:24 80:5,8,13
    80:14,15,17,18
vehicles 45:20,20,22 61:5
    62:3
verify 19:22
very 10:17 42:10 79:23
vessel 9:9 12:14 13:24 29:18
    29:19,21 52:18 55:10 59:6,7
    70:2,19,22 71:12 75:1
vessels 10:6 60:18
view 38:17,20
virus 78:7
vision 38:17,19 39:5
vs 1:5

_____ W _____

W 2:3
wagon 12:7
waiting 29:14 77:2
waived 4:2
wake 37:11
walked 59:4
walking 17:5,6 18:3 38:4
    66:22
want 4:13 5:7,8,8 10:10,22
    11:8 13:18 15:19 23:10
    43:23 56:18 74:5
wasn't 12:3,4 42:9 52:20
    57:20 75:4
watch-standing 9:7
waterfront 24:6
way 25:18 62:16 65:10
ways 54:12 79:19
wear 39:9,10 63:24
wearing 39:7,12
weather 38:5
week 6:17 72:14
weeks 22:19 23:5 47:20 48:4
    49:9
well 8:2 14:3 24:5 30:19 33:19
    34:19 35:1 61:13 63:18 67:9
    67:14 77:12 80:13
went 6:11 8:13 10:6 73:10

James Patrick Hannan

were 3:17 7:17 8:7,12,14 9:3
  9:4,7,16,17,22 11:1,17,21
  11:23 12:5,12,15,18,21,22
  13:10 14:16,19 16:2,20 18:5
  19:22,23 20:16,23 21:23
  22:12 23:4,7,19 24:3,18,22
  24:24 25:1,5 27:14 29:12,19
  31:13,22 32:9 34:3 36:24
  38:15,20 39:12 41:2,15,18
  41:22 42:5,12,16 45:6,7,16
  45:17,20,23 46:4,5 47:12,15
  47:23 48:2 51:11,14,17,21
  52:5 53:3,10,16 54:20 55:23
  55:23 56:10,11 57:9,18 58:4
  58:24 59:9 60:13 62:1,2,9
  62:12,16,19 63:1,4,11,22,24
  64:11,22 67:23 71:2,6,24
  72:24 75:3 76:17,23
Westmont 1:23
wet 38:12
we're 13:19 32:13 35:7 46:9
  50:9 60:3
we've 21:9 56:16
whatsoever 8:20 69:3
wheel 14:3,4 67:8,14
while 31:22 55:19 77:2 80:14
wife 1:3
Witness 3:3 5:3 15:15,17
  20:10,21 21:4 34:12 41:7
  46:18 52:3 65:4,16 66:20
  79:20 81:1
witnesses 43:11
word 21:18 62:14
wore 55:18 64:2
work 11:24 13:4,7 21:20
  23:11 47:7 48:6,20,21 49:6
  54:16,17,20 55:9,10,23
  56:11 58:17,19,21 60:10
  63:5,8,10,16,22 65:13 66:4
  66:6
worked 8:8 9:19 51:1,7 53:23
working 7:23 8:12 9:17 10:4
  60:18
worn 39:8
wouldn't 52:15

_____ X _____
X 3:1
XI 82:14

_____ Y _____
year 9:19 34:17 75:10,14,15
yearly 9:18
years 6:16,17 7:24 8:9 9:3
  31:14,17,18 74:10
year-and-a-half 51:7

yesterday 76:5,7,10,13,18,24
  77:5,11
York 6:10,10
young 15:11

_____ Z _____
Z 72:4
zero 24:14

_____ 0 _____
02131 82:14
08080 1:23

_____ 1 _____
1st 23:12,14
10 31:13,17
11:24 1:16
12:58 81:2
1333 2:4
1432 4:6 5:19
15 14:13
15th 1:14 2:9 77:1
1600 1:15 2:9
1700 13:12
18 14:24 15:2 78:19
19102 2:10
19107 2:4
1971 6:6
1974 51:6
1982 8:10 9:3,6,10,11 51:6
  60:19 61:16
1984 12:7 46:3

_____ 2 _____
2 5:24
20 7:24 8:8 9:3 14:13,24 15:3
  61:22,23
20th 23:11,13
20-year 74:16
2000 4:13,21 10:12 18:17
  23:12,12 31:1 33:11 34:2,4
  35:16,20 36:4,10,13 37:10
  37:14 38:3 40:17 45:16
  46:15 49:23 51:12,15,19
  52:14,19 53:2,11 54:2,6
  57:2,23 58:9 67:16 68:16,20
  69:4 70:11 71:3 79:6,13
  80:2,6,9,16
2001 1:2 33:12 34:9 51:6
2002 7:19,20 8:11 9:11 10:4
  51:2 61:16
2003 1:10 82:7 83:6
21230 4:7 5:20
216 1:22
22 7:19,20
225 1:14 2:9
25 31:1 36:13 37:14 40:17

46:15 49:23 51:12,15,19
  52:19 53:11 54:2,6 57:23
  67:16 68:16,20 69:4 70:11
  79:6,13 80:2,6,9,16
25th 4:13,21 10:12 18:16 30:8
  33:10 34:2 35:16,20 36:4,9
  37:10 38:3 45:16 52:14 53:2
  57:2 58:9 71:3
26th 52:16
27 58:5

_____ 3 _____
3210 1:7

_____ 4 _____
4 3:6
400 1:22
45 16:17 17:2,7,20 18:2

_____ 5 _____
5:00 13:15 51:18 52:18
50 10:21 15:23 16:10 78:14
50.1 5:22
53 5:24

_____ 6 _____
6 1:10 82:7 83:6
6:00 37:12
6:30 37:12

_____ 7 _____
7:00 37:12

_____ 8 _____
82 51:2
85 40:19 50:2
856 1:23,24
869-0612 1:24
869-3433 1:23
88 46:3