## CERTIFICATE OF SERVICE

I, Charlene D. Davis, Esquire, hereby certify that on the 1st day of November 2005, I caused a true and correct copy of **Exhibit A to the Chapter 7 Trustee's Answering Brief**, to be served via hand delivery upon the parties listed below.

Charles J. Brown, III, Esquire
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, 13th Floor
Wilmington, DE 19801

Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

_____
Charlene D. Davis, Esquire (No. 2336)

607398v1