IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>MUMA MARINE SERVICES, INC. )<br>et al., )<br>)<br>    Debtors. )<br>)<br>MATTHEW BILBOW, )<br>)<br>    Appellant, )<br>v. )<br>)<br>CHARLES A. STANZIALE, JR., )<br>CHAPTER 7 TRUSTEE FOR )<br>MUMA SERVICES, INC., et al., )<br>)<br>    Appellee. ) | Case No. 01-926<br>through 01-950 (MWF)<br><br><br><br><br><br>Case No. 05-00328 (SLR) |

## NOTICE OF COMPLETION OF BRIEFING [D.I. 8, 9, 10, & 11] AND REQUEST FOR ORAL ARGUMENT

1. On September 29, 2005, Appellant Matthew Bilbow ("Bilbow") filed his opening brief [D.I. 8] in the above-captioned appeal (the "Appeal").

2. On October 28, 2005, Appellee Charles A. Stanziale, Jr., the chapter 7 trustee to the above-captioned estates (the "Chapter 7 Trustee") filed his answering brief [D.I. 9 & 10].

3. On November 14, 2005, Bilbow filed his reply brief. [D.I. 11].

4. Pursuant to District Court Local Rule 7.1.2, the briefing related to the Appeal has been completed.

5. Pursuant to District Court Local Rule 7.1.4, the Chapter 7 Trustee hereby respectfully requests oral argument on the Appeal.

609160v1

Respectfully submitted,

_____
Charlene D. Davis (DE I.D. 2336)
Daniel K. Astin (DE I.D. 4086)
Christopher A. Ward (DE I.D. 3877)
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 655-5000

and

Alfred E. Yudes, Jr., Esquire (N.Y. I.D. AY 4152)
Watson, Farley & Williams LLP
100 Park Avenue, 31st Floor
New York, NY 10017
Telephone: (212) 922-2211

Counsel for the Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I, Christopher A. Ward, Esquire of The Bayard Firm, hereby certify that on this 17th day of November, 2005, I caused a true and correct copy of the foregoing **Notice of Completion of Briefing and Request for Oral Argument** to be served upon the parties listed below in the manner indicated.

### Via Hand Delivery

| | |
|---|---|
| Charles J. Brown, III, Esquire<br>Elzufon Austin Reardon Tarlov & Mondell, P.A.<br>300 Delaware Avenue, 13th Floor<br>Wilmington, DE 19801 | Richard W. Riley, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 |

_____
Christopher A. Ward (ID No. 3877)

609160v1