**IN THE UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 1:05-cv-00328-SLR |
| | ) | |
| MURPHY MARINE SERVICES, INC. | ) | Case No. 01-926 |
| | ) | through 01-950 (MWF) |
| Debtor, | ) | |
| | ) | |
| MATTHEW BILBOW, | ) | |
| | ) | |
|     Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MUMA SERVICES, INC., | ) | |
| | ) | |
|     Appellee | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

**WITHDRAWAL OF APPEARANCE**

    PLEASE TAKE NOTICE that the firm Elzufon Austin Reardon Tarlov & Mondell, P.A. hereby withdraws its appearance as Delaware counsel for the Appellant, in the above captioned case.

                                        ELZUFON AUSTIN REARDON TARLOV &
                                        MONDELL, P.A.

                                        */s/ Charles J. Brown, III*
                                        Charles J. Brown, Esq. (I.D. No. 3368)
                                        300 Delaware Avenue, Suite 1700
                                        P.O. Box 1630
                                        Wilmington, DE  19899-1630
                                        Telephone:  (302) 428-3181
                                        Facsimile:  (302) 777-7244

## ENTRY OF APPEARANCE

      PLEASE TAKE FURTHER NOTICE that the firm Harvey Pennington, LTD hereby enters its appearance as Delaware counsel for the Appellant, in the above captioned bankruptcy case.

Dated: July 17, 2006
       Wilmington, DE

                           HARVEY PENNINGTON, LTD.

                           */s/ Charles J. Brown, III*
                           Charles J. Brown, Esq. (I.D. No. 3368)
                           913 Market Street, Suite 702
                           Wilmington, DE  19801
                           Telephone:  (302) 428-0719
                           Facsimile:  (302) 428-0734

## **CERTIFICATE OF SERVICE**

      I, Charles J. Brown, III, hereby certify that on this date, I caused a copy of the foregoing document to be served upon the following party via first class mail.

    Daniel K. Astin, Esq.
    Charlene Davis, Esq.
    The Bayard Firm
    222 Delaware Avenue, Suite 900
    P.O. Box 25130
    Wilmington, Delaware 19899

    Alfred E. Yudas, Jr., Esq.
    Watson, Farley & Williams
    100 Park Avenue, 31st Floor
    New York, New York 10017-2513

    Richard Riley, Esq.
    Duane Morris LLP
    1100 North Market Street, Suite 1200
    Wilmington, Delaware 19899

I certify the foregoing to be true and correct under the penalty of perjury.


Dated: July 17, 2006                            */s/ Charles J. Brown, III*
                                                          Charles J. Brown, III